**THE HAHN LEGAL GROUP**[APC]
ADRIENNE R. HAHN, SBN 136569
ahahn@hahnlegalgroup.com
ADAM ZAMOST, SBN 305655
azamost@hahnlegalgroup.com
2361 Rosecrans Avenue, Suite 373
El Segundo, California 90245
T:(310)706-3400/F:(310)706-3440

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ANTONIA ANGHEL<br><br>        Plaintiff,<br><br>  vs.<br><br>TARGET CORPORATION and<br>DOES 1 TO 50, Inclusive.<br><br>      Defendants. | CASE NO: 5:20-cv-02671<br><br>The Hon.<br>Magistrate Judge:<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(A) AND (B) [DIVERSITY OF CITIZENSHIP JURISDICTION]; 28 U.S.C §1446; 28 U.S.C. §1332** |

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO THE PLAINTIFF AND HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendant TARGET CORPORATION ("Target"), by and through its counsel of record, hereby gives notice of the removal of this action from the California Superior Court, County of San Bernardino where this case is now pending, to the above-entitled Court, the United States District Court, Central District of California. This removal is made pursuant to 28 U.S.C. §§1441, 1332, 1446(b)(3), and 1446(c)(3)(A).  In support thereof,

Target states as follows:

**Timeliness of Removal**

1.      On January 31, 2020, Plaintiff, ANTONIA ANGHEL ("Plaintiff") filed an action in the Superior Court of California, County of San Bernardino, Case No. CIVDS2003337, entitled *Antonia Anghel v. Target Corporation and Does 1 to 50, Inclusive*, ("Complaint").  A true and correct copy of the conformed Complaint is attached hereto as **Exhibit "A**." Plaintiff contends she slipped and fell in applesauce at a Target store at or near 4200 East 4th Street, City of Ontario and sustained injuries. According to Plaintiff's discovery responses and records subpoenaed in this case, Plaintiff's known medical specials to date total approximately $45,662.00.

2.      Target received a copy of the Summons and Complaint after it was served on Target's California agent for service of process on February 7, 2020. A true and correct copy of the Service of Process Transmittal is attached hereto as **Exhibit "B**."

3.      Plaintiff served a Statement of Damages on April 22, 2022, that outlined past damages totaling only $34,195.46.  While Plaintiff alleged damages for future medical expenses, future loss of earnings, and loss of earning capacity according to proof, the stated damages at that time did not meet the amount in controversy requirement for removal to federal court. A true and correct copy of the Statement of Damages is attached hereto as **Exhibit "C**."

4.      Plaintiff initially responded to Target's Form Interrogatories on April 22, 2020.  Her responses to Form Interrogatories Nos. 6.4 and 6.5 (related to treatment received and medication prescribed attributed to the subject incident) indicated medical special damages of $14,330.63.   Her response to Form Interrogatory No. 8.7 indicated loss of income of $21,482.46, and her response to Form Interrogatory No. 8.8 indicated that she would miss work in the future as she

THE HAHN LEGAL GROUP APC
2361 Rosecrans Avenue, Suite 373
El Segundo, California 90245
Phone: (310) 706-3400 | Fax: (310) 706-3440

was scheduled to have surgery. A true and correct copy of Plaintiff's Responses to Target's Form Interrogatories are attached hereto as **Exhibit "D**."

5.      Plaintiff has since supplemented her responses to Plaintiff's Form Interrogatories Nos. 6.4 and 6.5 several times, including on April 29, 2020, May 28, 2020, June 17, 2020, November 18, 2020, and December 1, 2020. Factoring in the supplemented information, as of December 1, 2020 Plaintiff's total claimed medical special damages were $34,973.17. These responses also indicated Plaintiff underwent surgery on April 16, 2020. A true and correct copy of Plaintiff's Supplemental Responses to Target's Form Interrogatories are attached hereto as **Exhibit "E**."

6.      On December 4, Target received, in response to its subpoena, records from Community Hospital of San Bernardino related to Plaintiff's employment therewith. The records indicated Plaintiff took time off work from April 15, 2020, through August 20, 2020, or approximately 18 weeks of missed work related to her April 16, 2020 surgery. Using the calculation Plaintiff utilized in her response to Form Interrogatory No. 8.7, Plaintiff's claimed loss of earnings should be increased by approximately $33,624.72 ($51.89 per hour x 36 hours per week x 18 weeks), to total $55,107.18 ($21,482.46 + $33,624.72). A true and correct copy of relevant pages from the subpoenaed employment records of Community Hospital of San Bernardino are attached hereto as **Exhibit "F**."

7.      This Notice of Removal is timely filed pursuant to 28 U.S.C. §§ 1332(a), 1446(b), and FRCP 6(a), in that it is filed within thirty (30) days after Target was in receipt of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable (here, Plaintiff's Supplemental Responses to Target's Form Interrogatories, **Exhibit "E,"** taken together with records related to Plaintiff's employment with Community Hospital of San Bernardino, **Exhibit "F"**).

THE HAHN LEGAL GROUP APC
2361 Rosecrans Avenue, Suite 373
El Segundo, California 90245
Phone: (310) 706-3400 | Fax: (310) 706-3440

NOTICE OF REMOVAL
Case No. 5:20-cv-02671

THE HAHN LEGAL GROUP, APC
2361 Rosecrans Avenue, Suite 373
El Segundo, California 90245
Phone: (310) 706-3400 | Fax: (310) 706-3440

**Diversity of Citizenship**

8.     This Court has original jurisdiction over this action under 28 U.S.C. § 1332 because it is a civil action between citizens of different states and the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs. Accordingly, this action may be removed to this Court by Defendant under 28 U.S.C. § 1441(b).

9.     Pursuant to 28 U.S.C. § 1332(c), "a corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business."

10.     Plaintiff is an individual residing in the State of California with her primary residence located in or about Rancho Cucamonga, in the County of San Bernardino.

11.     Defendant Target is a Minnesota corporation with its principal place of business in Minnesota. (Declaration of Adrienne R. Hahn ¶5, a true and copy of which is attached hereto as **Exhibit "G."**)

12.     The citizenship of the "Doe" Defendants is not considered in determining diversity for purposes of removal.  See 28 U.S.C. § 1446(a).

13.     Complete diversity of citizenship exists between the parties within the meaning of 28 U.S.C. § 1332 because Plaintiff is a citizen of California and Defendant Target is a "citizen" of Minnesota.

**Amount in Controversy**

14.     Pursuant to 28 U.S.C. § 1332(a), District Courts have original jurisdiction over all civil actions between citizens of different states where the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

15.     The Complaint does not set forth the amount in controversy because "California prohibits plaintiffs from setting out a monetary ad damnum…." *Singer*

*v. State Farm Mut. Auto. Ins. Co.*, 116 F.3d 373, 375-77 (9th Cir. 1997) (citing Cal. Code. Civ. Pro. § 425.10(b)).

16.    "The district Court may consider whether it is 'facially apparent' from the Complaint that the jurisdictional amount is in controversy." *Singer*, 115 F.3d at 377.

17.    If the amount in controversy is not "facially apparent," a district Court may consider facts outside the face of the Complaint to determine whether the amount at stake satisfies the $75,000.00 case-and-controversy requirement. *See Valdez v. Allstate Ins. Co.*, 372 F.3d 1115, 1117 (9th Cir. 2004) (citing *Singer*, 116 F.3d at 375-77).

18.    In these instances, however, the removing party must "provide evidence that it is 'more likely than not' that the amount in controversy exceeds [$75,000.00]." *Valdez*, 372 F.3d at 1117 (citing *Sanchez v. Monumental Life Ins. Co.*, 102 F.3d 398, 404 (9th Cir. 1996); *Gaus v. Miles, Inc.*, 980 F.2d 564, 567 (9th Cir. 1992).

19.    Here, Plaintiff contends she was injured as a result of slipping on spilled coffee. Plaintiff alleges her medical specials to date are $34,973.17 as reflected on her Statement of Damages and discovery responses. She also alleges future medical expenses according to proof. (**Exhibits "C," "D," and "E**.")

20.    Plaintiff also seeks recovery for loss of earnings. Plaintiff's discovery responses and records subpoenaed from her employee indicate alleged past lost earnings of $55,107.18. Plaintiff additionally seeks future lost earnings and loss of earning capacity according to proof. (**Exhibits "C," "D," and "F."**)

21.    Plaintiff further contends she is making claims for general damages of $750,000, though these are not substantiated in evidence. (**Exhibit "C."**)

22.    Based on the above, Target estimates in good faith that the amount in controversy exceeds $75,000.00 (claimed past medical specials of $34,973.17 and

THE HAHN LEGAL GROUP APC
2361 Rosecrans Avenue, Suite 373
El Segundo, California 90245
Phone: (310) 706-3400 | Fax: (310) 706-3440

past lost wages of $55,107.18, totalling $90,080.35 without even accounting for past damages not yet known/disclosed, claimed unspecified future medical expenses and lost earnings and general damages of $750,000), exclusive of interest and costs.  As such, Target has forth facts proving, by a preponderance of the evidence, that the amount-in-controversy requirement is met.

## **Venue**

23.   Because this action was commenced in the Superior Court of San Bernardino, California, under 28 U.S.C. §84(c) and 1441(a), this United States District Court for the Central District of California, Eastern Division, is the proper forum for removal of this action from State to Federal Court.

## **Notice**

24.   Pursuant to 28 U.S.C. § 1446(d), a true and correct copy of this Notice is being filed with the Clerk of the Superior Court of the State of California, County of San Bernardino, and is being served upon Plaintiff with written notice thereof, such that Subsection (d)'s requirements are being satisfied. A true and correct copy of Defendant's Notice of Filing of Notice of Removal (without exhibits) that is being filed with the Clerk of the Superior Court of the State of California, County of San Bernardino, is attached hereto as **Exhibit "H**."

WHEREFORE, Defendant prays that this action be removed to this Court, that this Court accept jurisdiction of this action, and that this action be placed on the docket of this Court for further proceedings, the same as though this action had originally been instituted in this Court.

/ / /

/ / /

/ / /

/ / /

/ / /

THE HAHN LEGAL GROUP APC
2361 Rosecrans Avenue, Suite 373
El Segundo, California 90245
Phone: (310) 706-3400 | Fax: (310) 706-3440

NOTICE OF REMOVAL
Case No. 5:20-cv-02671

## **Demand for Jury Trial**

Defendant also hereby demands a trial by jury on all issues so triable.

DATED: December 30, 2020

THE HAHN LEGAL GROUP<sup>APC</sup>

By: _____

ADRIENNE R. HAHN,
Attorneys for Defendant TARGET
CORPORATION

THE HAHN LEGAL GROUP APC
2361 Rosecrans Avenue, Suite 373
El Segundo, California 90245
Phone: (310) 706-3400 | Fax: (310) 706-3440

7

# EXHIBIT "A"

12-7-20 3:00°°

## SUMMONS
### *(CITACION JUDICIAL)*

SUM-100

**NOTICE TO DEFENDANT:** Target Corporation and DOES 1 to
*(AVISO AL DEMANDADO):* 50, Inclusive.

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

JAN 31 2020

BY
DEBRA PEDROSA, DEPUTY

**YOU ARE BEING SUED BY PLAINTIFF:** Antonia Anghel
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is:
*(El nombre y dirección de la corte es):*

CASE NUMBER:
*(Número del Caso):* CIVDS 2003337

Superior Court of the State of California
County of San Bernardino
247 West 3rd Street
San Bernardino, California 92415-0210

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Carl D. Barnes, Esq. (Bar No. 50073)   (213) 487-5200  (213) 487-0801
Andrew J. Fodo, Esq. (Bar No. 99363)
LAW OFFICES OF CARL D. BARNES, 2500 East Colorado Boulevard, Suite 350
Pasadena, California 91107

DATE: JAN 31 2020                Clerk, by ___DEBRA PEDROSA___, Deputy
*(Fecha)*                        *(Secretario)*              *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

NOTICE TO THE PERSON SERVED: You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* Target Corporation

under: ☒ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
        ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
        ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
        ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*



Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Legal
Solutions
& Plus

Code of Civil Procedure §§ 412.20, 465

9

PLD-PI-001

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*
Carl D. Barnes, Esq. (Bar No. 50073)
Andrew J. Fodo, Esq. (Bar No. 89363)
LAW OFFICES OF CARL D. BARNES
2500 East Colorado Boulevard, Suite 350
Pasadena, California 91107
TELEPHONE NO. (213) 487-5200   FAX NO. (Optional) (213) 487-0801
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): Plaintiff Antonia Anghel

**FOR COURT USE ONLY**

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

JAN 31 2020

BY _____
DEBRA MORGAN, DEPUTY

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** San Bernardino
STREET ADDRESS: 247 West 3rd Street
MAILING ADDRESS: 247 West 3rd Street
CITY AND ZIP CODE: San Bernardino, California 92415-0210
BRANCH NAME: San Bernardino Justice Center

PLAINTIFF: Antonia Anghel

DEFENDANT: Target Corporation and

X DOES 1 TO 50, Inclusive.

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
AMENDED *(Number):*
Type *(check all that apply):*
MOTOR VEHICLE    X OTHER *(specify):* Premises Liability
___ Property Damage       ___ Wrongful Death  General Negligence
X Personal Injury          ___ Other Damages *(specify):*

CASE NUMBER:
CIVDS 2003337

Jurisdiction *(check all that apply):*
ACTION IS A LIMITED CIVIL CASE
Amount demanded    ___ does not exceed $10,000
                   ___ exceeds $10,000, but does not exceed $25,000
X ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
ACTION IS RECLASSIFIED by this amended complaint
   ___ from limited to unlimited
   ___ from unlimited to limited

1. Plaintiff *(name or names):* Antonia Anghel

   alleges causes of action against defendant *(name or names):* Target Corporation and DOES 1 to 50, Inclusive.
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a.    except plaintiff *(name):*
      (1)    a corporation qualified to do business in California
      (2)    an unincorporated entity *(describe):*
      (3)    a public entity *(describe):*
      (4)    a minor    an adult
         (a)    for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b)    other *(specify):*
      (5)    other *(specify):*

   b.    except plaintiff *(name):*
      (1)    a corporation qualified to do business in California
      (2)    an unincorporated entity *(describe):*
      (3)    a public entity *(describe):*
      (4)    a minor          an adult
         (a)    for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b)    other *(specify):*
      (5)    other *(specify):*

   Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 (Rev. January 1, 2007)

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Legal Solutions Plus

Code of Civil Procedure, § 425.12

PLD-PI-001

| SHORT TITLE: Anghel v. Target Corporation, et al. | CASE NUMBER: |
|---|---|

4.  Plaintiff *(name)*:
    is doing business under the fictitious name *(specify)*:

    and has complied with the fictitious business name laws.

5.  Each defendant named above is a natural person
    a.  X  **except defendant** *(name)*: Target        c.          **except defendant** *(name)*:
        Corporation

    (1)         a business organization, form unknown       (1)        a business organization, form unknown
    (2)   X     a corporation                                (2)        a corporation
    (3)         an unincorporated entity *(describe)*:       (3)        an unincorporated entity *(describe)*:

    (4)         a public entity *(describe)*:                (4)        a public entity *(describe)*:

    (5)         other *(specify)*:                           (5)        other *(specify)*:


    b.      **except defendant** *(name)*:                   d.      **except defendant** *(name)*:


    (1)         a business organization, form unknown       (1)        a business organization, form unknown
    (2)         a corporation                               (2)        a corporation
    (3)         an unincorporated entity *(describe)*:       (3)        an unincorporated entity *(describe)*:

    (4)         a public entity *(describe)*:                (4)        a public entity *(describe)*:

    (5)         other *(specify)*:                           (5)        other *(specify)*:


        Information about additional defendants who are not natural persons is contained in Attachment 5.

6.  The true names of defendants sued as Does are unknown to plaintiff.
    a.  X   Doe defendants *(specify Doe numbers)*: 1 to 50, Inclusive  were the agents or employees of other
            named defendants and acted within the scope of that agency or employment.

    b.  X   Doe defendants *(specify Doe numbers)*: 1 to 50, Inclusive  are persons whose capacities are unknown to
            plaintiff.
7.          Defendants who are joined under Code of Civil Procedure section 382 are *(names)*:


8.  This court is the proper court because
    a.      at least one defendant now resides in its jurisdictional area.
    b.      the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
    c.  X   injury to person or damage to personal property occurred in its jurisdictional area.
    d.      other *(specify)*:


9.      Plaintiff is required to comply with a claims statute, and
    a.      has complied with applicable claims statutes, or
    b.      is excused from complying because *(specify)*:


**COMPLAINT—Personal Injury, Property**
**Damage, Wrongful Death**



PLD-PI-001

| SHORT TITLE: Anghel v. Target Corporation, et al. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   a.      Motor Vehicle
   b.  X  General Negligence
   c.      Intentional Tort
   d.      Products Liability
   e.  X  Premises Liability
   f.      Other *(specify):*

11. Plaintiff has suffered
   a.  X  wage loss
   b.      loss of use of property
   c.  X  hospital and medical expenses
   d.  X  general damage
   e.      property damage
   f.      loss of earning capacity
   g.      other damage *(specify):*

12.     The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a.      listed in Attachment 12.
   b.      as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a.  (1)  X  compensatory damages
        (2)      punitive damages
        The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
        (1)  X  according to proof
        (2)      in the amount of: $

15.     The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: January 23 2020

Andrew J. Fodo
(TYPE OR PRINT NAME)



_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Page 3 of 3

12

PLD-PI-001(4)

| SHORT TITLE: Anghel v. Target Corporation, et al. | CASE NUMBER: |
|---|---|

First _____     **CAUSE OF ACTION—Premises Liability**     Page 4 _____
     (number)

ATTACHMENT TO   X   Complaint     Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

Prem.L-1.   Plaintiff *(name):* Antonia Anghel
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date):* February 23, 2018     plaintiff was injured on the following premises in the following

fashion *(description of premises and circumstances of injury):*
At or near the premises of 4200 East 4th Street, City of Ontario, County of
San Bernardino, State of California, the Defendants, and each of them,
proximately caused injuries and damages as hereinafter mentioned to said
Plaintiff by negligently, wantonly, recklessly, tortiously, and unlawfully
entrusting, permitting, managing, building, constructing, maintaining,
servicing, repairing, inspecting and operating said property by allowing a
known dangerous condition to exist that Defendants, and each of them, had
actual and/or constructive knowledge to wit: As Plaintiff was shopping, she
walked into a puddle of spilled applesauce which created a slippery and
dangerous surface, resulting in Plaintiff slipping and falling, sustaining
serious and debilitating injuries and damages.

Prem.L-2.   X   **Count One--Negligence** The defendants who negligently owned, maintained, managed and operated
the described premises were *(names):* Target Corporation and

    X   Does 1 _____ to 50 _____

Prem.L-3.     **Count Two--Willful Failure to Warn**   [Civil Code section 846] The defendant owners who willfully
or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were
*(names):*

    Does _____ to _____
Plaintiff, a recreational user, was     an invited guest     a paying guest.

Prem.L-4.     **Count Three--Dangerous Condition of Public Property**   The defendants who owned public property
on which a dangerous condition existed were *(names):*

    Does _____ to _____
a.     The defendant public entity had     actual     constructive notice of the existence of the
      dangerous condition in sufficient time prior to the injury to have corrected it.
b.     The condition was created by employees of the defendant public entity.

Prem.L-5. a.     **Allegations about Other Defendants**   The defendants who were the agents and employees of the
other defendants and acted within the scope of the agency were *(names):*

    Does _____ to _____
b.     The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
      described in attachment Prem.L-5.b     as follows *(names):*

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev January 1, 2007]

**CAUSE OF ACTION—Premises Liability**

Legal
Solutions
Plus

Code of Civil Procedure, § 425.12



13

PLD-PI-001(2)

| SHORT TITLE: Anghel v. Target Corporation, et al. | CASE NUMBER: |
|---|---|

Second _____  **CAUSE OF ACTION—General Negligence**   Page 5 _____
(number)

ATTACHMENT TO   x  Complaint      Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*:  Antonia Anghel

alleges that defendant *(name)*:  Target Corporation and

X  Does _____ to 50, Inclusive.

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant
negligently caused the damage to plaintiff
on *(date)*: February 23, 2018
at *(place)*: At or near the premises of 4200 East 4th Street, City of
Ontario, County of San Bernardino, State of California
*(description of reasons for liability)*:

GN 1.1      Plaintiff incorporates by reference the allegations contained in her
First Cause of Action as if fully set forth and alleges:

GN 1.2      At or near the premises of 4200 East 4th Street, City of Ontario,
County of San Bernardino, State of California, the Defendants, and
each of them, proximately caused injuries and damages as hereinafter
mentioned to said Plaintiff by negligently, wantonly, recklessly,
tortiously, and unlawfully entrusting, permitting, managing,
building, constructing, maintaining, servicing, repairing, inspecting
and operating said property by allowing a known dangerous condition
to exist that Defendants, and each of them, had actual and/or
constructive knowledge to wit: As Plaintiff was shopping, she walked
into a puddle of spilled applesauce which created a slippery and
dangerous surface, resulting in Plaintiff slipping and falling,
sustaining serious and debilitating injuries and damages.

Form Approved for Optional Use
Judicial Council of California             **CAUSE OF ACTION—General Negligence**     Legal         Code of Civil Procedure 425.12
PLD-PI-001(2) [Rev. January 1, 2007]                                                Solutions
                                                                                    & Plus

14

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO


San Bernardino District - Civil
247 West Third Street

San Bernardino, CA. 924150210
----------------------------------------------------------------------
----------------------------------------------------------------------
                                CASE NO: CIVDS2003337
    LAW OFFICES OF CARL D BARNES
    2500 EAST COLORADO BLVD.
    SUITE 350
    PASADENA CA 91107
                           NOTICE OF TRIAL SETTING CONFERENCE


IN RE: ANGHEL -V- TARGET CORPORATION

THIS CASE HAS BEEN ASSIGNED TO: LYNN  PONCIN IN DEPARTMENT S28
FOR ALL PURPOSES.

Notice is hereby given that the above-entitled case has been set for
Trial Setting Conference at the court located at 247 WEST THIRD STREET
SAN BERNARDINO, CA  92415-0210.

      HEARING DATE: 07/31/20 at  8:30 in Dept. S28


DATE: 01/31/20  Nancy Eberhardt, Court Executive Officer
                                By: DEBRA PEDROSA
----------------------------------------------------------------------
----------------------------------------------------------------------
              CERTIFICATE OF SERVICE

I am a Deputy Clerk of the Superior Court for the County of San
Bernardino at the above listed address. I am not a party to this
action and on the date and place shown below, I served a copy of the
above listed notice:
( ) Enclosed in a sealed envelope mailed to the interested party
addressed above, for collection and mailing this date, following
standard Court practices.
( ) Enclosed in a sealed envelope, first class postage prepaid in the
U.S. mail at the location shown above, mailed to the interested party
and addressed as shown above, or as shown on the attached listing.
(X) A copy of this notice was given to the filing party at the counter
( ) A copy of this notice was placed in the bin located at this office
and identified as the location for the above law firm's collection of
file stamped documents.

Date of Mailing: 01/31/20
I declare under penalty of perjury that the foregoing is true and
correct. Executed on 01/31/20 at San Bernardino, CA

                           BY: DEBRA PEDROSA

# EXHIBIT "B"

 CT Corporation

**Service of Process Transmittal**
02/07/2020
CT Log Number 537152772

**TO:**     Sue Carlson
Target Corporation
1000 Nicollet Mall
Minneapolis, MN 55403-2542

**RE:**     **Process Served in California**

**FOR:**    Target Corporation  (Domestic State: MN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Antonia Anghel, Pltf. vs. Target Corporation, et al., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Notice |
| **COURT/AGENCY:** | San Bernardino County - Superior Court - San Bernardino, CA<br>Case # CIVDS2003337 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 02/23/2018 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Los Angeles, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 02/07/2020 at 15:33 |
| **JURISDICTION SERVED :** | California |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service |
| **ATTORNEY(S) / SENDER(S):** | Carl D. Barnes<br>Law Offices of Carl D. Barnes<br>2500 East Colorado Boulevard<br>Suite 350<br>Pasadena, CA 91107<br>213-487-5200 |
| **REMARKS:** | Due to the illegible condition of the enclosed documents, CT's transmittal may be incomplete. |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/08/2020, Expected Purge Date: 02/13/2020<br><br>Image SOP<br><br>Email Notification,  Non Employee Litigation Target  gl.legal@target.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>1999 Bryan St Ste 900<br>Dallas, TX 75201-3140 |
| **For Questions:** | 877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

Page 1 of  1 / PP

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

# EXHIBIT "C"

1  Carl D. Barnes (State Bar No. 50073)
   Andrew J. Fodo (State Bar No. 89363)
2  LAW OFFICES OF CARL D. BARNES
   2500 East Colorado Boulevard, Suite 350
3  Pasadena, California 91107
   Telephone:    (213) 487-5200
4  Facsimile:    (213) 487-0801

5

6  Attorneys for Plaintiff **Antonia Anghel**

7                    SUPERIOR COURT OF THE STATE OF CALIFORNIA

8                         FOR THE COUNTY OF SAN BERNARDINO

9

10  ANTONIA ANGHEL,                     )  CASE NO.:    CIVDS2003337
                                        )
11                      Plaintiff,      )  **PLAINTIFF'S RESPONSE TO**
                                        )  **DEFENDANT'S REQUEST FOR**
12        vs.                           )  **STATEMENT OF DAMAGES:**
                                        )
13  TARGET CORPORATION; and             )
    DOES 1 THROUGH 30, Inclusive        )  Complaint Filed:     01/31/2020
14                                      )  DEPT.:               S28
                        Defendant(s).   )
15  _____    )

16
   RESPONDING PARTY:     Plaintiff:    ANTONIA ANGHEL
17
   PROPOUNDING PARTY:    Defendant:    TARGET CORPORATION
18
   SET NO:               One (1)
19
          TO DEFENDANT TARGET CORPORATION AND ITS ATTORNEY OF RECORD:
20
          COMES NOW: Plaintiff ANTONIA ANGHEL, pursuant to California Code of Civil
21
   Procedure, §425.11, submits the following verified Response to Defendant's Demand for
22
   Statement of Damages:
23
   ///
24
   ///
25
   ///
26
   ///
27
   ///
28
                                          1
   _____
         Plaintiff's Response to Defendant's Request Statement of Damages

**Plaintiff's Statement of Damages**

| | | |
|---|---|---|
| 1. | Medical Expenses | $12,713.00 and continuing |
| 2. | Future Medical Expenses | According to proof |
| 3. | Loss of Earnings | $21,482.46 and continuing |
| 4. | Future Loss of Earnings | According to proof |
| 5. | Loss of Earning Capacity | According to proof |
| 6. | General Damages | $750,000.00 |

DATED: April 21, 2020                         LAW OFFICES OF CARL D. BARNES


ANDREW J. FODO
Attorney for Plaintiff

2

Plaintiff's Response to Defendant's Request Statement of Damages

## VERIFICATION

STATE OF CALIFORNIA, COUNTY OF San Bernardino

I have read the foregoing _Plaintiff's Response to Defendants Request For Statement of Days_ and know its contents.

### CHECK APPLICABLE PARAGRAPHS

[x]    I am a party to this action.  The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

[  ]    I am [  ] an Officer [  ] a partner _____ a _____ of _____ a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason. [  ] I am informed and believe and on that ground allege that the matters stated in the foregoing document are true. [  ]   The matters stated in the foregoing document are true of my own knowledge, except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

[  ]    I am one of the attorneys for _____ a party to this action.  Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason.  I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

Executed on _____ , at _____ , California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Antonia Anghel
_____                        _Anghel_____
Type or Print Name                                              Signature

### PROOF  OF  SERVICE
1013a (3) CCP Revised 5/1/88

STATE OF CALIFORNIA, COUNTY OF _____

I am employed in the county of _____ , State of California.

I am over the age of 18 and not a party to the within action; my business address is: _____

On, _____ I served the foregoing document described as _____

_____ on _____ in this action

by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

[  ] by placing [  ] the original [  ] a true copy thereof enclosed in sealed envelopes addressed as follows:

[  ] **BY MAIL**

[  ]    *I deposited such envelope in the mail at _____ , California. The envelope was mailed with postage thereon fully prepaid.

[  ]    As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at _____ California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on _____ , at _____ , California.

[  ]    **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.

Executed on _____ , at _____ , California.

[  ] (State)      I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[  ] (Federal)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____                        _____
Type or Print Name                                              Signature

*(BY MAIL SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN
MAIL SLOT, BOX, OR BAG)
**(FOR PERSONAL SERVICE SIGNATURE MUST BE THAT OF MESSENGER)

Legal
Solutions
Plus                    Rev. 7/99

1

PROOF OF SERVICE

2

STATE OF CALIFORNIA;

3

COUNTY OF LOS ANGELES

4

   I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 2500 E. Colorado Blvd., Suite 350,

5

Pasadena, California 91107.

6

   On **April**  , **2020**, I served the foregoing document described as PLAINTIFF'S

7

RESPONSE TO DEFENDANT'S REQUEST FOR STATEMENT OF DAMAGES on the interested parties in said action, by placing a true copy thereof enclosed in a sealed envelope as follows:

8

9

**SEE ATTACHED SERVICE LIST**

( )     BY FAX:

10

I placed the foregoing document into transmission by facsimile to the office of the addressee.

11

(X)     BY MAIL:

I am readily "familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that

12

practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in Los

13

Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is

14

presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for

15

mailing in affidavit. - To Defendant's Counsel.

16

( )     FEDERAL

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was

17

made.

18

19

( X )     BY EMAIL:

I placed the foregoing document into electronic transmission by email to the office of the addressee on the attached service list.

20

21

   Executed on **April**  , **2020**, at Los Angeles, California.

22

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

23

24

_____

25

Giancarla Sambo

26

27

28

1

**SERVICE LIST**

2  **Case Name:**        **Anghel -V- Target Corporation**
   **Case No:**          **CIVDS2003337**

3

4

5  Adrienne R Hahn, Esq.

6  Adam C. Zamost, Esq.

7  THE HAHN LEGAL GROUP, APC,

   2361 Rosecrans Ave, Ste 373

8  El Segundo, CA 90245-4923

9  Phone:        (310) 706-3400

10  Fax:          (310) 706-3440

11  Email:        ahahn@hahnlegalgroup.com

12              azamost@hahnlegalgroup.com

13

   Attorney for Defendant
14
   TARGET CORPORATION
15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

# EXHIBIT "D"

Carl D. Barnes (State Bar No. 50073)
Andrew J. Fodo (State Bar No. 89363)
LAW OFFICES OF CARL D. BARNES
2500 East Colorado Boulevard, Suite 350
Pasadena, California 91107
Telephone:    (213) 487-5200
Facsimile:    (213) 487-0801

Attorneys for Plaintiff **Antonia Anghel**

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN BERNARDINO

| | |
|---|---|
| ANTONIA ANGHEL,<br><br>    Plaintiff,<br><br>  vs.<br><br>TARGET CORPORATION; and<br>DOES 1 THROUGH 30, Inclusive<br><br>    Defendant(s). | CASE NO.:    CIVDS2003337<br><br>**PLAINTIFF'S RESPONSE TO<br>DEFENDANT'S FORM<br>INTERROGATORIES**<br><br>Complaint Filed: 01/31/2020<br>DEPT.:    S28 |

RESPONDING PARTY: Plaintiff: ANTONIA ANGHEL

PROPOUNDING PARTY: Defendant: TARGET CORPORATION

SET NO:    One (1)

  TO DEFENDANT TARGET CORPORATION AND ITS ATTORNEY OF

RECORD:

  COMES NOW, Plaintiff ANTONIA ANGHEL responding under oath as follows

pursuant to §2030.010 *et seq*. of the California Code of Civil Procedure.

PRELIMINARY STATEMENT

  These responses are made solely for the purpose of this action.  Each answer is

given subject to all appropriate objections, including competency, relevancy, materiality,

propriety, and admissibility, which would require the exclusion of any statement made by a

1

witness in court.  Responding Party further objects to each interrogatory to the extent that it seeks information protected by the attorney-client privilege, attorney work product doctrine, or other privilege.  Accordingly, all such objections are reserved for trial.

Responding Party has not completed investigation of the facts in this action, and has not completed discovery or preparation for trial.  Consequently, the following responses are given without prejudice to Responding Party's right to produce at trial subsequently discovered evidence, as Responding Party may subsequently discover later acquired information, facts, evidence, witnesses that may materially alter, change, modify Responding Party's responses herein.  All responses are also based on the present recollection of Responding Party.

**RESPONSE TO FORM INTERROGATORY NO. 1.1:**

LAW OFFICES OF CARL D. BARNES

2500 East Colorado Boulevard, Suite 350

Pasadena, California 91107-3766

Telephone: (213) 487-5200; Facsimile: (213) 487-0801

**RESPONSE TO FORM INTERROGATORY NO. 2.1:**

ANTONIA ANGHEL

Antonia Dobrin (Birth - December 4, 1997), Antonia Anghel (December 4, 1997 - Present)

**RESPONSE TO FORM INTERROGATORY NO. 2.2:**

January 8, 1960; Bocsa, Romania

**RESPONSE TO FORM INTERROGATORY NO. 2.3:**

Yes. California, Driver License No. A3500114; 12/03/2019; corrective lenses.

**RESPONSE TO FORM INTERROGATORY NO. 2.4:**

No.

///

///

Plaintiff's Response to Defendant's Form Interrogatories (Set No. One)

**RESPONSE TO FORM INTERROGATORY NO. 2.5:**

11478 Tioga Peak Ct., Rancho Cucamonga CA 91737

1.      11478 Tioga Peak Ct., Rancho Cucamonga CA 91737; (2000 - Present)

**RESPONSE TO FORM INTERROGATORY NO. 2.6:**

Community Hospital of San Bernardino, 1805 Medical Center Dr, San Bernardino, CA 92411; (909) 887-6333; 2001 - Present; Respiratory Therapist.

1.      Community Hospital of San Bernardino, 1805 Medical Center Dr, San Bernardino, CA 92411; (909) 887-6333; September 2001 - Present; Respiratory Therapist - interview and examine patients with breathing or cardiopulmonary disorders.

**RESPONSE TO FORM INTERROGATORY NO. 2.7:**

1.      Bocsa, Romania, High School; Bosca, Romania; High School Diploma.

2.      Babes-Bolyai University; Strada Mihail Kogalniceanu 1, Cluj-Napoca 400000, Romania; Bachelor of Science in Biology and Agriculture.

3.      Mt. San Antonio College; 1100 N Grand Ave, Walnut, CA 91789; 1998 - 2000; A.S. Degree in Respiratory Therapy.

**RESPONSE TO FORM INTERROGATORY NO. 2.8:**

No.

**RESPONSE TO FORM INTERROGATORY NO. 2.9:**

Yes.

**RESPONSE TO FORM INTERROGATORY NO. 2.10:**

Yes.

**RESPONSE TO FORM INTERROGATORY NO. 2.11:**

No.

**RESPONSE TO FORM INTERROGATORY NO. 2.12:**

No.

///

Plaintiff's Response to Defendant's Form Interrogatories (Set No. One)

**RESPONSE TO FORM INTERROGATORY NO. 2.13:**

No.

**RESPONSE TO FORM INTERROGATORY NO. 4.1:**

Yes.

1.      Medical Insurance; Anthem Blue Cross, Dignity Health; PO Box 60007, Los Angeles, CA 90060; (844) 344-7412; #WKH830A22980.

**RESPONSE TO FORM INTERROGATORY NO. 6.1:**

Yes.

**RESPONSE TO FORM INTERROGATORY NO. 6.2:**

Chronic left knee synovitis, left knee patellar contusion, left knee pes anserine bursitis, and left knee osteoarthritis. Bilateral knee pain, swelling, and bruising. Lower back pain. Left elbow pain and bruising.

**RESPONSE TO FORM INTERROGATORY NO. 6.3:**

1.      Left knee pain; remaining the same; constant

2.      Right knee pain; subsided

3.      Lower back pain; subsided

4.      Left elbow pain; subsided

**RESPONSE TO FORM INTERROGATORY NO. 6.4:**

1.      Dignity Health - Community Hospital of San Bernardino; 1805 Medical Center Dr, San Bernardino, CA 92411; (909) 887-6333; emergency room medical services on 02/24/2018; total cost $4,054.00.

2.      CEP America California; 1601 Cummins Dr, Modesto, CA 95358; (800) 498-7157; X-ray services on 02/24/2018; total cost $606.00.

3.      Gregory Lercel, MD; Southern California Orthopaedic; 160 E Artesia St #360, Pomona, CA 91767; (909) 629-4604; orthopaedic consultation and examination on 03/01/2018, and follow-up visits on 03/14/2018, 03/28/2018, and 04/19/2018, follow-up visit and steroid injection on 05/03/2018, and follow-up on 05/31/2018; total cost $893.00.

4.      Team Physical Therapy Inc.; 10590 Town Center Dr #100, Rancho
Cucamonga, CA 91730; (909) 948-1124; physical therapy from 03/05/2018
to 07/18/2018; cost $3,636.00; and upcoming physical therapy appointments
duration unknown; cost unknown; total amount $3,636.00 and continuing.

5.      Grove Diagnostic Imaging; 8263 Grove Ave #102, Rancho Cucamonga, CA
91730; (909) 982-8638; left knee MRI on 03/22/2018; cost $1,207.00.

6.      Empire Orthopedic Center; 900 E Washington St # 200, Colton, CA 92324;
(909) 882-5867; orthopaedic consultation and examination of the left knee
and X-Rays on 07/23/2018; total cost $814.00.

7.      Lawrence R. Walker, MD., Arrowhead Orthopaedics San Bernardino; 2131
Elks Dr #200, San Bernardino, CA 92404; (909) 726-6100; orthopaedic
consultation and examination of the left knee on 10/24/2018; cost $430.00.

8.      Dr. Michael J. Fraipont, MD, Congress Medical Associates; 800 S Raymond
Ave # 200, Pasadena, CA 91105; (626) 795-8051; orthopaedic consultation
and examination of the left knee on 09/11/2019, follow up visit on
02/04/2020, total cost $1,073.00; and arthroscopic left knee surgery on
04/16/2020 and follow-up post-surgical appointments, cost unknown; total
amount in excess of $1,073.00.

9.      Congress Medical Surgery Center LLC; 800 South Raymond Ave, Pasadena,
CA 91105; (626) 795-8051; arthroscopic left knee surgery facility charges
on 04/16/2020; cost in excess of $1,500.00.

**RESPONSE TO FORM INTERROGATORY NO. 6.5:**

Yes.

1.      Cameron Nouri, MD; Dignity Health - Community Hospital of San
Bernardino; 1805 Medical Center Dr, San Bernardino, CA 92411; (909)
887-6333; on 02/24/2018; Baclofen 10 mg, 1 tablet for muscle spasm, cost
$4.26; Norco 325/5, 1 tablet, cost $5.30; Ibuprofen 600 mg 1 tablet for pain,
cost $2.48; for a total cost $12.04.

5

Plaintiff's Response to Defendant's Form Interrogatories (Set No. One)

2.    Gregory Lercel, MD; Southern California Orthopaedic; 160 E Artesia St #360, Pomona, CA 91767; (909) 629-4604; from 04/14/2018 to 05/31/2018; Tramadol and Ibuprofen for the pain; total cost $105.59.

3.    Ultram 50 mg, 1 to 2 tablets every 6 hours for 30 days as needed for pain and Voltaren gel 3g to the knee 3 times a day; Lawrence R. Walker, MD., Arrowhead Orthopaedics San Bernardino; 2131 Elks Dr #200, San Bernardino, CA 92404; (909) 726-6100; on 10/24/2018; cost unknown.

4.    Iodine for swelling; Dr. Michael J. Fraipont, MD, Congress Medical Associates; 800 S Raymond Ave # 200, Pasadena, CA 91105; (626) 795-8051; on 09/11/2019; cost unknown.

**RESPONSE TO FORM INTERROGATORY NO. 6.6:**

No.

**RESPONSE TO FORM INTERROGATORY NO. 6.7:**

Yes.

1.    Gregory Lercel, MD; Southern California Orthopaedic; 160 E Artesia St #360, Pomona, CA 91767; on 05/31/2018 recommended diagnostic arthroscopy for left knee contusion with continuing pain; duration and cost unknown.

2.    Lawrence R. Walker, MD., Arrowhead Orthopaedics San Bernardino; 2131 Elks Dr #200, San Bernardino, CA 92404; on 10/24/2018 recommended Euflexxa injections to the left knee for left knee pain, left knee pes anserine bursitis, and left knee osteoarthritis; duration and cost unknown.

3.    Dr. Michael J. Fraipont, MD, Congress Medical Associates; 800 S Raymond Ave # 200, Pasadena, CA 91105; on 02/04/2020 recommended arthroscopic left knee surgery and additional physical therapy; cost in excess of $3,000.00. Arthroscopic left knee surgery on 04/16/2020.

**RESPONSE TO FORM INTERROGATORY NO. 7.1:**

No.

Plaintiff's Response to Defendant's Form Interrogatories (Set No. One)

**RESPONSE TO FORM INTERROGATORY NO. 7.2:**

Not applicable.

**RESPONSE TO FORM INTERROGATORY NO. 7.3:**

Not applicable.

**RESPONSE TO FORM INTERROGATORY NO. 8.1:**

Yes.

**RESPONSE TO FORM INTERROGATORY NO. 8.2:**

Respiratory Therapist at Community Hospital of San Bernardino, 1805 Medical Center Dr, San Bernardino, CA 92411; September 2001 - Present; $51.89 per hour.

**RESPONSE TO FORM INTERROGATORY NO. 8.3:**

February 22, 2018

**RESPONSE TO FORM INTERROGATORY NO. 8.4:**

Basic monthly income of $8,032.57, plus weekends and overtime

$51.89 per hour x 36 hours per week x 4.3 weeks

**RESPONSE TO FORM INTERROGATORY NO. 8.5:**

May 17, 2018

**RESPONSE TO FORM INTERROGATORY NO. 8.6:**

From February 26, 2018, to May 16, 2018

**RESPONSE TO FORM INTERROGATORY NO. 8.7:**

A total amount of $21,482.46, plus weekends and overtime

$51.89 per hour x 36 hours per week x 11.5 weeks, plus weekends

**RESPONSE TO FORM INTERROGATORY NO. 8.8:**

Yes. Responding Party is scheduled to have surgery and will miss time from work, duration unknown.

**RESPONSE TO FORM INTERROGATORY NO. 9.1:**

No.

**RESPONSE TO FORM INTERROGATORY NO. 9.2:**

Not applicable.

7

**RESPONSE TO FORM INTERROGATORY NO. 10.1:**

No.

**RESPONSE TO FORM INTERROGATORY NO. 10.2:**

None.

**RESPONSE TO FORM INTERROGATORY NO. 10.3:**

No.

**RESPONSE TO FORM INTERROGATORY NO. 11.1:**

No.

**RESPONSE TO FORM INTERROGATORY NO. 11.2:**

No.

**RESPONSE TO FORM INTERROGATORY NO. 12.1:**

1.    Responding Party;

2.    Responding Party's husband Pascut Anghel, 11478 Tioga Peak Ct., Rancho Cucamonga CA 91737, (909) 944-8429;

3.    Propounding Party; Propounding Party's Executive Team Leader (ETL) Anthony Lopez; Propounding Party's employees names unknown;

4.    Store guest Simona Bradberry, 13982 Claremont Lane, Rancho Cucamonga, CA 91739; (909) 640-5306;

5.    Store guests at the subject matter store names unknown.

**RESPONSE TO FORM INTERROGATORY NO. 12.2:**

Yes. Simona Bradberry, 13982 Claremont Lane, Rancho Cucamonga, CA 91739; (909) 640-5306; taken on 09/19/2019 by Kara Wayne of Wayne Investigations, Inc., 3311 Longridge Ave., Sherman Oaks, CA 91423; (818) 784-6944.

///

///

///

///

///

Plaintiff's Response to Defendant's Form Interrogatories (Set No. One)

**RESPONSE TO FORM INTERROGATORY NO. 12.3:**

Yes. Recorded statement from Simona Bradberry; 13982 Claremont Lane, Rancho Cucamonga, CA 91739; (909) 640-5306; taken on 09/19/2019 by Kara Wayne of Wayne Investigations, Inc., 3311 Longridge Ave., Sherman Oaks, CA 91423; (818) 784-6944. A copy of the written transcript of the recorded statement is produced concurrently herewith in response to Respondent's Request for Production of Documents.

**RESPONSE TO FORM INTERROGATORY NO. 12.4:**

Yes.

1.   Four (4) color prints of color photographs; depicting Responding Party's left knee injuries; taken on 02/24/2018 by Responding Party's husband Pascut Anghel.

2.   Two (2) color prints of color photographs; depicting Responding Party's left knee injuries; taken on 02/27/2018 by Responding Party's husband Pascut Anghel.

3.   Two (2) color prints of color photographs; depicting Responding Party's left knee injuries; taken on 02/28/2018 by Responding Party's husband Pascut Anghel.

4.   One (1) color print of color photograph; depicting Responding Party's left knee injuries; taken on 03/27/2018 by Responding Party's husband Pascut Anghel.

5.   Two (2) color prints of color photographs; depicting the floor, at the subject matter premises, taken on 02/24/2018 by Responding Party's husband Pascut Anghel.

6.   Two (2) color prints of color photographs; depicting condition of the pants Responding Party was wearing at the time of the accident, taken on 04/25/2018 by Responding Party.

///

///

Plaintiff's Response to Defendant's Form Interrogatories (Set No. One)

7.      Four (4) color prints of color photographs; depicting the shoes Responding Party was wearing at the time of the accident, taken on 04/07/2020 by Ron Johnson from the Law Offices of Carl D. Barnes; Law Offices of Carl D. Barnes, 2500 E Colorado Blvd. Ste. 350, Pasadena, CA, 91107; (213) 487-5200.

**RESPONSE TO FORM INTERROGATORY NO. 12.5:**

No.

**RESPONSE TO FORM INTERROGATORY NO. 12.6:**

Yes. Propounding Party; February 23, 2018, Guest Incident Report filled out by Propounding Party's Executive Team Leader (ETL) Anthony Lopez; Responding Party has a copy of the report; Defendant has original.

**RESPONSE TO FORM INTERROGATORY NO. 12.7:**

No.

**RESPONSE TO FORM INTERROGATORY NO. 13.1:**

No.

**RESPONSE TO FORM INTERROGATORY NO. 13.2:**

No.

**RESPONSE TO FORM INTERROGATORY NO. 14.1:**

Yes. Defendant TARGET CORPORATION violated, including but not limited to California Civil Code §.1714.

**RESPONSE TO FORM INTERROGATORY NO. 14.2:**

Unknown.

///
///
///
///
///
///

10

**RESPONSE TO FORM INTERROGATORY NO. 17.1:**

1.  (a)  One

    (b)  Responding Party's treatment is continuing and incomplete and investigation and discovery are continuing. Arthroscopic left knee surgery scheduled; cost in excess of $3,000.00. Responding Party will require physical therapy; amount unknown. Responding Party will lose income; cost unknown. All while Responding Party believes her damages will exceed $75,000.00.

    (c)  Responding Party and her health care providers.

    (d)  Responding Party's medical records and billing statements produced concurrently herewith in Responses to Production of Documents.

2.  (a)  Two

    (b)  Unknown, however photographs show that substance was crusting therefore, was on the floor for sufficient time to Defendant discover.

    (c)

    1.  Responding Party;

    2.  Responding Party's husband Pascut Anghel, 11478 Tioga Peak Ct., Rancho Cucamonga CA 91737, (909) 944-8429;

    3.  Propounding Party; Propounding Party's Executive Team Leader (ETL) Anthony Lopez; Propounding Party's employees names unknown;

    4.  Store guests at the subject matter store names unknown.

    (d)  Responding Party's medical records, billing statements, witness statement, photographs, and loss of earnings documents produced concurrently herewith in Responses to Production of Documents.

///

///

///

Plaintiff's Response to Defendant's Form Interrogatories (Set No. One)

3.    (a)    Three

(b)    Propounding Party and/or their agents, servants, contractors, and
employees. Defendants were negligent in the maintenance and
management of the area and maintained a dangerous condition upon
the store floor. Defendants failed to warn that walking on or nearby
the foreign substance would/could cause someone to lose their footing
and otherwise fall and could/did create a dangerous condition near the
store entrance. Further as can be seen from the photographs taken on
02/24/2018, produced concurrently herewith, it appears certain areas
of the store floor surface, the substance dried and/or evaporated with
the passage of time and should have discovered the condition with
inspections. Further Responding Party did not place warning signs
indicating a dangerous floor condition ahead. That as a result
Responding Party's foot slipped on the foreign substance causing
Responding Party to sustain bodily injuries and damages.

(c)

1.    Responding Party;

2.    Responding Party's husband Pascut Anghel, 11478 Tioga Peak Ct.,
Rancho Cucamonga CA 91737, (909) 944-8429;

3.    Propounding Party; Propounding Party's Executive Team Leader
(ETL) Anthony Lopez; Propounding Party's employees names
unknown;

4.    Store guests at the subject matter store names unknown.

(d)    Responding Party's medical records, billing statements, witness
statement, photographs, and loss of earnings documents produced
concurrently herewith in Responses to Production of Documents.

///
///

Plaintiff's Response to Defendant's Form Interrogatories (Set No. One)

2.   (a)   Four

(b)   Propounding Party and/or their agents, servants, contractors, and employees. Defendants were negligent in the maintenance and management of the area and maintained a dangerous condition upon the store floor. Defendants failed to warn that walking on or nearby the foreign substance would/could cause someone to lose their footing and otherwise fall and could/did create a dangerous condition near the store entrance. Further as can be seen from the photographs taken on 02/24/2018, produced concurrently herewith, it appears certain areas of the store floor surface, the substance dried and/or evaporated with the passage of time and should have discovered the condition with inspections. Further Responding Party did not place warning signs indicating a dangerous floor condition ahead. That as a result Responding Party's foot slipped on the foreign substance causing Responding Party to sustain bodily injuries and damages..

(c)

1.   Responding Party;

2.   Responding Party's husband Pascut Anghel, 11478 Tioga Peak Ct., Rancho Cucamonga CA 91737, (909) 944-8429;

3.   Propounding Party; Propounding Party's Executive Team Leader (ETL) Anthony Lopez; Propounding Party's employees names unknown;

4.   Store guests at the subject matter store names unknown.

(d)   Responding Party's medical records, billing statements, witness statement, photographs, and loss of earnings documents produced concurrently herewith in Responses to Production of Documents.

///

///

Plaintiff's Response to Defendant's Form Interrogatories (Set No. One)

3.   (a)   Five

(b)   From the photographs the condition appears to blend in with the floor tile.

(c)

1.   Responding Party;

2.   Responding Party's husband Pascut Anghel, 11478 Tioga Peak Ct., Rancho Cucamonga CA 91737, (909) 944-8429;

3.   Propounding Party; Propounding Party's Executive Team Leader (ETL) Anthony Lopez; Propounding Party's employees names unknown;

4.   Store guests at the subject matter store names unknown.

(d)   Responding Party's medical records, billing statements, witness statement, photographs, and loss of earnings documents produced concurrently herewith in Responses to Production of Documents.

4.   (a)   Six

(b)   Defendant failed to inspect the area, place warning signs in the area, Plaintiff was walking in the area as a normal customer assuming that the floor surface was free of debris foreign substance, safe to walk on.

(c)   Responding Party and her health care providers.

(d)   Responding Party's medical records and billing statements produced concurrently herewith in Responses to Production of Documents.

DATED: April 21, 2020           LAW OFFICES OF CARL D. BARNES

By: ANDREW J. FODO

Attorney for Plaintiff

14

Plaintiff's Response to Defendant's Form Interrogatories (Set No. One)

38

**VERIFICATION**

STATE OF CALIFORNIA, COUNTY OF San Bernardino
I have read the foregoing   Plaintiff's Response to Defendent's from Interrogatories   and know its contents.

**CHECK APPLICABLE PARAGRAPHS**

X   I am a party to this action.  The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

I am ____ an Officer ____ a partner _____ a _____ of _____

a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason. ____ I am informed and believe and on that ground allege that the matters stated in the foregoing document are true. ____ The matters stated in the foregoing document are true of my own knowledge, except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

I am one of the attorneys for _____

a party to this action.  Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason.  I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

Executed on _____ , at _____ , California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Antonia Anghel _____      _Anghel_____
Type or Print Name                                              Signature

**PROOF OF SERVICE**
1013a (3) CCP Revised 5/1/88

STATE OF CALIFORNIA, COUNTY OF _____
I am employed in the county of _____ , State of California.
I am over the age of 18 and not a party to the within action; my business address is: _____

_____

On, _____ I served the foregoing document described as _____

_____

_____ on _____ in this action

by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

by placing ____ the original ____ a true copy thereof enclosed in sealed envelopes addressed as follows:

**BY MAIL**

____ *I deposited such envelope in the mail at _____ , California.
The envelope was mailed with postage thereon fully prepaid.

____ As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at _____ California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on _____ , at _____ , California.

____ **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.

Executed on _____ , at _____ , California.

(State) ____ I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

(Federal) ____ I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____                    _____
Type or Print Name                                                          Signature

*(BY MAIL SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN MAIL SLOT, BOX, OR BAG)
**(FOR PERSONAL SERVICE SIGNATURE MUST BE THAT OF MESSENGER)

Legal
Solutions
& Plus          Rev. 7/99

1                              PROOF OF SERVICE

2   STATE OF CALIFORNIA;

3   COUNTY OF LOS ANGELES

4          I am employed in the County of Los Angeles, State of California.  I am over the age of 18
    and not a party to the within action; my business address is 2500 East Colorado Boulevard, Suite
5   350, Pasadena, California 91107.

6          On **April** *22*, **2020**, I served the foregoing document described as PLAINTIFF'S
    RESPONSE TO DEFENDANT'S FORM INTERROGATORIES on the interested parties in said
7   action, by placing a true copy thereof enclosed in a sealed envelope as follows:

8   **SEE ATTACHED SERVICE LIST**

9   ( )      BY FAX:                    I placed the foregoing document into transmission by
                                        facsimile to the office of the addressee.
10

11  (X)      BY MAIL:                   I am readily "familiar" with the firm's practice of collection
                                        and processing correspondence for mailing.  Under that
12                                      practice it would be deposited with the U.S. Postal Service
                                        on that same day with postage thereon fully prepaid in Los
13                                      Angeles, California in the ordinary course of business.  I
                                        am aware that on motion of the party served, service is
14                                      presumed invalid if the postal cancellation date or postage
                                        meter date is more than one day after date of deposit for
15                                      mailing in affidavit. - To Defendant's Counsel.

16  ( )      FEDERAL                    I declare that I am employed in the office of a member of
                                        the bar of this court at whose direction the service was
17                                      made.

18
    ( X )    BY EMAIL:                  I placed the foregoing document into electronic
19                                      transmission by email to the office of the addressee on the
                                        attached service list.
20

21

22         Executed on **April** *22*, **2020**, at Los Angeles, California.

23  I declare under penalty of perjury under the laws of the State of California that the above is true
    and correct.
24

25

26                                                      Giancarla Sambo

27

28

**SERVICE LIST**

**Case Name:** **Anghel -V- Target Corporation**
**Case No:** **CIVDS2003337**

Adrienne R Hahn, Esq.

Adam C. Zamost, Esq.

THE HAHN LEGAL GROUP, APC,

2361 Rosecrans Ave, Ste 373

El Segundo, CA 90245-4923

Phone:      (310) 706-3400

Fax:        (310) 706-3440

Email:      ahahn@hahnlegalgroup.com

            azamost@hahnlegalgroup.com


Attorney for Defendant

TARGET CORPORATION

2

# EXHIBIT "E"

1   Carl D. Barnes (State Bar No. 50073)
    Andrew J. Fodo (State Bar No. 89363)
2   LAW OFFICES OF CARL D. BARNES
    2500 East Colorado Boulevard, Suite 350
3   Pasadena, California 91107
    Telephone:    (213) 487-5200
4   Facsimile:    (213) 487-0801

5
    Attorneys for Plaintiff **Antonia Anghel**
6

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                  FOR THE COUNTY OF SAN BERNARDINO

10
    ANTONIA ANGHEL,                    )   CASE NO.:    CIVDS2003337
11                                     )
                    Plaintiff,         )   **PLAINTIFF'S SUPPLEMENTAL**
12                                     )   **RESPONSE TO DEFENDANT'S FORM**
           vs.                         )   **INTERROGATORIES**
13                                     )
    TARGET CORPORATION; and            )   Complaint Filed:   01/31/2020
14  DOES 1 THROUGH 30, Inclusive       )   DEPT.:             S28
                                       )
15                  Defendant(s).      )
                                       )
16
    RESPONDING PARTY:      Plaintiff:    ANTONIA ANGHEL
17
    PROPOUNDING PARTY:     Defendant:    TARGET CORPORATION
18
    SET NO:                One (1)
19
           TO DEFENDANT TARGET CORPORATION AND ITS ATTORNEY OF
20
    RECORD:
21
           COMES NOW, Plaintiff ANTONIA ANGHEL responding under oath as follows
22
    pursuant to §2030.010 *et seq.* of the California Code of Civil Procedure.
23

24                        PRELIMINARY STATEMENT
25
           These responses are made solely for the purpose of this action. Each answer is
26
    given subject to all appropriate objections, including competency, relevancy, materiality,
27
    propriety, and admissibility, which would require the exclusion of any statement made by a
28
    _____
                                      1
    Plaintiff's Supplemental Response to Defendant's Form Interrogatories (Set No. One)

witness in court.  Responding Party further objects to each interrogatory to the extent that it seeks information protected by the attorney-client privilege, attorney work product doctrine, or other privilege.  Accordingly, all such objections are reserved for trial.

Responding Party has not completed investigation of the facts in this action, and has not completed discovery or preparation for trial.  Consequently, the following responses are given without prejudice to Responding Party's right to produce at trial subsequently discovered evidence, as Responding Party may subsequently discover later acquired information, facts, evidence, witnesses that may materially alter, change, modify Responding Party's responses herein.  All responses are also based on the present recollection of Responding Party.

**RESPONSE TO FORM INTERROGATORY NO. 6.4:**

1.    Dr. Michael J. Fraipont, MD, Congress Medical Associates; 800 S Raymond Ave # 200, Pasadena, CA 91105; (626) 795-8051; orthopaedic consultation and examination of the left knee on 09/11/2019, follow up visit on 02/04/2020, total cost $1,073.00; arthroscopic left knee surgery on 04/16/2020, cost $5,670.00; post-surgery follow-up appointments, cost unknown; cost in excess of $6,743.00.

DATED: April 24, 2020                          LAW OFFICES OF CARL D. BARNES



By:_____
ANDREW J. FODO
Attorney for Plaintiff

Plaintiff's Supplemental Response to Defendant's Form Interrogatories (Set No. One)

## VERIFICATION

STATE OF CALIFORNIA, COUNTY OF San Bernardino

I have read the foregoing _Plaintiff's Supplemental Response to Defendant's Form Interrogatories_ and know its contents.

### CHECK APPLICABLE PARAGRAPHS

[X]    I am a party to this action.  The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

[ ]    I am [ ] an Officer [ ] a partner _____ a _____ of _____

a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason. [ ]  I am informed and believe and on that ground allege that the matters stated in the foregoing document are true. [ ]   The matters stated in the foregoing document are true of my own knowledge, except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

[ ]    I am one of the attorneys for _____

a party to this action.  Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason.  I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

Executed on _____ , at _____ , California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Antonia Anghel
Type or Print Name                                        Signature

### PROOF OF SERVICE
1013a (3) CCP Revised 5/1/88

STATE OF CALIFORNIA, COUNTY OF

I am employed in the county of _____ , State of California.

I am over the age of 18 and not a party to the within action; my business address is: _____

On, _____ I served the foregoing document described as _____

_____ on _____ in this action

by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

[ ] by placing [ ] the original [ ] a true copy thereof enclosed in sealed envelopes addressed as follows:

[ ] BY MAIL

[ ]    *I deposited such envelope in the mail at _____ , California.

The envelope was mailed with postage thereon fully prepaid.

[ ]    As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at _____ California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on _____ , at _____ , California.

[ ]    **(BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

Executed on _____ , at _____ , California.

[ ] (State)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ ] (Federal)    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____                              _____
Type or Print Name                                        Signature

*(BY MAIL SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN MAIL SLOT, BOX, OR BAG)
**(FOR PERSONAL SERVICE SIGNATURE MUST BE THAT OF MESSENGER)

Legal
Solutions
Plus                              Rev. 7/99

45

1    PROOF OF SERVICE

2    STATE OF CALIFORNIA;

3    COUNTY OF LOS ANGELES

4        I am employed in the County of Los Angeles, State of California.  I am over the age of 18
     and not a party to the within action; my business address is 2500 East Colorado Boulevard, Suite
5    350, Pasadena, California 91107.

6        On **April 17, 2020**, I served the foregoing document described as PLAINTIFF'S
     SUPPLEMENTAL RESPONSE TO DEFENDANT'S FORM INTERROGATORIES on the
7    interested parties in said action, by placing a true copy thereof enclosed in a sealed envelope as
     follows:

8
     **SEE ATTACHED SERVICE LIST**
9

     ( )    BY FAX:                    I placed the foregoing document into transmission by
10                                     facsimile to the office of the addressee.

11
     ( )    BY MAIL:                   I am readily "familiar" with the firm's practice of collection
12                                     and processing correspondence for mailing.  Under that
                                       practice it would be deposited with the U.S. Postal Service
13                                     on that same day with postage thereon fully prepaid in Los
                                       Angeles, California in the ordinary course of business.  I
14                                     am aware that on motion of the party served, service is
                                       presumed invalid if the postal cancellation date or postage
15                                     meter date is more than one day after date of deposit for
                                       mailing in affidavit. - To Defendant's Counsel.
16
     ( )    FEDERAL                    I declare that I am employed in the office of a member of
17                                     the bar of this court at whose direction the service was
                                       made.
18

19   ( X )  BY EMAIL:                  I placed the foregoing document into electronic
                                       transmission by email to the office of the addressee on the
20                                     attached service list.

21

22       Executed on **April 17, 2020**, at Los Angeles, California.

23
     I declare under penalty of perjury under the laws of the State of California that the above is true
24   and correct.

25

26                                                    _____

27                                                    Giancarla Sambo

28

1
2
3
4

**SERVICE LIST**

**Case Name:**        **Anghel -V- Target Corporation**
**Case No:**          **CIVDS2003337**

5   Adrienne R Hahn, Esq.

6   Adam C. Zamost, Esq.

7   Brandi Rosales

    THE HAHN LEGAL GROUP, APC,

8   2361 Rosecrans Ave, Ste 373

9   El Segundo, CA 90245-4923

10  Phone:          (310) 706-3400

11  Fax:            (310) 706-3440

12  Email:          ahahn@hahnlegalgroup.com

13                  azamost@hahnlegalgroup.com

                    brosales@hahnlegalgroup.com
14

15  Attorney for Defendant

16  TARGET CORPORATION

17
18
19
20
21
22
23
24
25
26
27
28

2

1  Carl D. Barnes (State Bar No. 50073)
   Andrew J. Fodo (State Bar No. 89363)
2  LAW OFFICES OF CARL D. BARNES
   2500 East Colorado Boulevard, Suite 350
3  Pasadena, California 91107
   Telephone:    (213) 487-5200
4  Facsimile:    (213) 487-0801

5
6  Attorneys for Plaintiff **Antonia Anghel**

7

8         SUPERIOR COURT OF THE STATE OF CALIFORNIA

9              FOR THE COUNTY OF SAN BERNARDINO

10
   ANTONIA ANGHEL,                    )  CASE NO.:    CIVDS2003337
11                                     )
                  Plaintiff,           )  **PLAINTIFF'S SUPPLEMENTAL**
12                                     )  **RESPONSE TO DEFENDANT'S FORM**
        vs.                            )  **INTERROGATORIES**
13                                     )
   TARGET CORPORATION; and             )  Complaint Filed:   01/31/2020
14 DOES 1 THROUGH 30, Inclusive        )  DEPT.:             S28
                                       )
15              Defendant(s).          )
                                       )
16
   RESPONDING PARTY:    Plaintiff:    ANTONIA ANGHEL
17
   PROPOUNDING PARTY:   Defendant:    TARGET CORPORATION
18
   SET NO:              One (1)
19
        TO DEFENDANT TARGET CORPORATION AND ITS ATTORNEY OF
20
   RECORD:
21
        COMES NOW, Plaintiff ANTONIA ANGHEL responding under oath as follows
22
   pursuant to §2030.010 *et seq.* of the California Code of Civil Procedure.
23

24              PRELIMINARY STATEMENT
25
        These responses are made solely for the purpose of this action.  Each answer is
26
   given subject to all appropriate objections, including competency, relevancy, materiality,
27
   propriety, and admissibility, which would require the exclusion of any statement made by a
28

                                     1
   Plaintiff's Supplemental Response to Defendant's Form Interrogatories (Set No. One)

witness in court.  Responding Party further objects to each interrogatory to the extent that it seeks information protected by the attorney-client privilege, attorney work product doctrine, or other privilege.  Accordingly, all such objections are reserved for trial.

Responding Party has not completed investigation of the facts in this action, and has not completed discovery or preparation for trial.  Consequently, the following responses are given without prejudice to Responding Party's right to produce at trial subsequently discovered evidence, as Responding Party may subsequently discover later acquired information, facts, evidence, witnesses that may materially alter, change, modify Responding Party's responses herein.  All responses are also based on the present recollection of Responding Party.

**RESPONSE TO FORM INTERROGATORY NO. 6.4:**

1.   Quest Diagnostics Upland Foothill; 1399 E Foothill Blvd Ste B, Upland, CA 91786; (909) 946-9405; laboratory tests on 04/11/2020; total cost $211.60.

**RESPONSE TO FORM INTERROGATORY NO. 6.5:**

1.   Cameron Nouri, MD; Dignity Health - Community Hospital of San Bernardino; 1805 Medical Center Dr, San Bernardino, CA 92411; (909) 887-6333; Ibuprofen 600 mg 1 tablet for pain on 04/28/2020; cost $3.94.

**RESPONSE TO FORM INTERROGATORY NO. 6.6:**

1.   The UPS Store; 12223 Highland Ave Ste 106, Rancho Cucamonga, CA 91739; (909) 463-2817; fax services on 04/23/2020; cost $7.00.

DATED: May 28 2020                    LAW OFFICES OF CARL D. BARNES

By
ANDREW J. FODO
Attorney for Plaintiff

2



**VERIFICATION**

STATE OF CALIFORNIA, COUNTY OF San Bernardino
I have read the foregoing ~~Further~~ / Response to Defendent's Form Interrogatories
_____ and know its contents.

☐ **CHECK APPLICABLE PARAGRAPHS**

[X]    I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐   I am ☐ an Officer ☐ a partner _____ ☐ a _____ of _____ ,
a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason. ☐   I am informed and believe and on that ground allege that the matters stated in the foregoing document are true. ☐   The matters stated in the foregoing document are true of my own knowledge, except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐   I am one of the attorneys for _____
a party to this action. Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

Executed on _____ , at _____ , California.
I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Antonia Anghel
_____          _____
Type or Print Name                                      Signature

**PROOF OF SERVICE**
1013a (3) CCP Revised 5/1/88

STATE OF CALIFORNIA, COUNTY OF
I am employed in the county of _____ , State of California.
I am over the age of 18 and not a party to the within action; my business address is: _____

On, _____ I served the foregoing document described as _____
_____
_____
_____ on _____ in this action

☐ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:
☐ by placing ☐ the original ☐ a true copy thereof enclosed in sealed envelopes addressed as follows:

☐ **BY MAIL**
☐   *I deposited such envelope in the mail at _____ , California.
The envelope was mailed with postage thereon fully prepaid.
☐   As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at _____ California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on _____ , at _____ , California.
☐   **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.
Executed on _____ , at _____ , California.
☐ (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
☐ (Federal)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____          _____
Type or Print Name                                      Signature

*(BY MAIL SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN MAIL SLOT, BOX, OR BAG)
**(FOR PERSONAL SERVICE SIGNATURE MUST BE THAT OF MESSENGER)

Legal Solutions Plus          Rev. 7/99

50

1          PROOF OF SERVICE

2  STATE OF CALIFORNIA;

3  COUNTY OF LOS ANGELES

4          I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 2500 East Colorado Boulevard, Suite

5  350, Pasadena, California 91107.

6          On **May    , 2020**, I served the foregoing document described as PLAINTIFF'S SUPPLEMENTAL RESPONSE TO DEFENDANT'S FORM INTERROGATORIES on the

7  interested parties in said action, by placing a true copy thereof enclosed in a sealed envelope as follows:

8

**SEE ATTACHED SERVICE LIST**

9

10  ( )    BY FAX:                    I placed the foregoing document into transmission by facsimile to the office of the addressee.

11

12  ( )    BY MAIL:                   I am readily "familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service

13                                    on that same day with postage thereon fully prepaid in Los Angeles, California in the ordinary course of business.  I

14                                    am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage

15                                    meter date is more than one day after date of deposit for mailing in affidavit. - To Defendant's Counsel.

16  ( )    FEDERAL                    I declare that I am employed in the office of a member of

17                                    the bar of this court at whose direction the service was made.

18

19  ( X )  BY EMAIL:                  I placed the foregoing document into electronic transmission by email to the office of the addressee on the

20                                    attached service list.

21

22          Executed on **May    , 2020**, at Los Angeles, California.

23

24  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

25

26                                                          _____

27                                                                  Giancarla Sambo

28

1

**SERVICE LIST**

2 | **Case Name:**    **Anghel -V- Target Corporation**
**Case No:**       **CIVDS2003337**

3

4

5 | Adrienne R Hahn, Esq.

6 | Adam C. Zamost, Esq.

7 | Brandi Rosales

THE HAHN LEGAL GROUP, APC,

8 | 2361 Rosecrans Ave, Ste 373

9 | El Segundo, CA 90245-4923

10 | Phone:          (310) 706-3400

11 | Fax:            (310) 706-3440

12 | Email:          ahahn@hahnlegalgroup.com

13 |                 azamost@hahnlegalgroup.com
                  brosales@hahnlegalgroup.com

14

15 | Attorney for Defendant

16 | TARGET CORPORATION

17

18

19

20

21

22

23

24

25

26

27

28

2

1  Carl D. Barnes (State Bar No. 50073)
   Andrew J. Fodo (State Bar No. 89363)
2  LAW OFFICES OF CARL D. BARNES
   2500 East Colorado Boulevard, Suite 350
3  Pasadena, California 91107
   Telephone:    (213) 487-5200
4  Facsimile:    (213) 487-0801

5

   Attorneys for Plaintiff **Antonia Anghel**
6

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                  FOR THE COUNTY OF SAN BERNARDINO

10

   ANTONIA ANGHEL,                    )  CASE NO.:    CIVDS2003337
11                                     )
                   Plaintiff,          )  **PLAINTIFF'S SUPPLEMENTAL**
12                                     )  **RESPONSE TO DEFENDANT'S FORM**
        vs.                            )  **INTERROGATORIES**
13                                     )
   TARGET CORPORATION; and             )  Complaint Filed:    01/31/2020
14 DOES 1 THROUGH 30, Inclusive        )  DEPT.:              S28
                                       )
15                 Defendant(s).       )
                                       )
16
   ─────────────────────────────────────
17 RESPONDING PARTY:    Plaintiff:    ANTONIA ANGHEL

   PROPOUNDING PARTY:   Defendant:    TARGET CORPORATION
18
   SET NO:              One (1)
19

20       TO DEFENDANT TARGET CORPORATION AND ITS ATTORNEY OF

21 RECORD:

22       COMES NOW, Plaintiff ANTONIA ANGHEL responding under oath as follows

23 pursuant to §2030.010 *et seq.* of the California Code of Civil Procedure.

24                      PRELIMINARY STATEMENT

25
         These responses are made solely for the purpose of this action.  Each answer is
26
   given subject to all appropriate objections, including competency, relevancy, materiality,
27
   propriety, and admissibility, which would require the exclusion of any statement made by a
28

                                      1

   Plaintiff's Supplemental Response to Defendant's Form Interrogatories (Set No. One)

witness in court.  Responding Party further objects to each interrogatory to the extent that it seeks information protected by the attorney-client privilege, attorney work product doctrine, or other privilege.  Accordingly, all such objections are reserved for trial.

Responding Party has not completed investigation of the facts in this action, and has not completed discovery or preparation for trial.  Consequently, the following responses are given without prejudice to Responding Party's right to produce at trial subsequently discovered evidence, as Responding Party may subsequently discover later acquired information, facts, evidence, witnesses that may materially alter, change, modify Responding Party's responses herein.  All responses are also based on the present recollection of Responding Party.

**RESPONSE TO FORM INTERROGATORY NO. 6.4:**

    1.    Dr. Michael J. Fraipont, MD, Congress Medical Associates; 800 S Raymond Ave # 200, Pasadena, CA 91105; (626) 795-8051; orthopaedic follow up visit on 04/23/2020; cost $60.00; and follow-up visit on 05/15/2020; cost $60.00; for a total amount of $120.00.

DATED: June _10_, 2020                    LAW OFFICES OF CARL D. BARNES



By: _____
              ANDREW J. FODO
              Attorney for Plaintiff

Plaintiff's Supplemental Response to Defendant's Form Interrogatories (Set No. One)

## VERIFICATION

STATE OF CALIFORNIA, COUNTY OF San Bernardino

I have read the foregoing _Plaintiff's Supplemental Response to Form Interrogatories_ and know its contents.

☐ **CHECK APPLICABLE PARAGRAPHS**

[X] I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐ I am ☐ an Officer ☐ a partner _____ ☐ a _____ of _____

a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason. ☐ I am informed and believe and on that ground allege that the matters stated in the foregoing document are true. ☐ The matters stated in the foregoing document are true of my own knowledge, except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐ I am one of the attorneys for _____

a party to this action. Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

Executed on _____ , at _____ , California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Antonia Anghel

_Type or Print Name_         _Anghel_      _Signature_

## PROOF OF SERVICE
1013a (3) CCP Revised 5/1/88

STATE OF CALIFORNIA, COUNTY OF

I am employed in the county of _____ , State of California.

I am over the age of 18 and not a party to the within action; my business address is: _____

_____

On, _____ I served the foregoing document described as _____

_____

_____ on _____ in this action

☐ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

☐ by placing ☐ the original ☐ a true copy thereof enclosed in sealed envelopes addressed as follows:

☐ **BY MAIL**

☐ *I deposited such envelope in the mail at _____ , California. The envelope was mailed with postage thereon fully prepaid.

☐ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at _____ California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on _____ , at _____ , California.

☐ **\*\*(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.

Executed on _____ , at _____ , California.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____      _____

_Type or Print Name_                     _Signature_

*(BY MAIL SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN MAIL SLOT, BOX, OR BAG)
**(FOR PERSONAL SERVICE SIGNATURE MUST BE THAT OF MESSENGER)

Legal
Solutions
& Plus     Rev. 7/99

1                           PROOF OF SERVICE

2 STATE OF CALIFORNIA;

3 COUNTY OF LOS ANGELES

4       I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 2500 East Colorado Boulevard, Suite

5 350, Pasadena, California 91107.

6       On **June $\lfloor$ 7 , 2020**, I served the foregoing document described as PLAINTIFF'S SUPPLEMENTAL RESPONSE TO DEFENDANT'S FORM INTERROGATORIES on the

7 interested parties in said action, by placing a true copy thereof enclosed in a sealed envelope as follows:

8
**SEE ATTACHED SERVICE LIST**

9

| | | |
|---|---|---|
| ( ) | BY FAX: | I placed the foregoing document into transmission by facsimile to the office of the addressee. |

10

11

| | | |
|---|---|---|
| ( ) | BY MAIL: | I am readily "familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. - To Defendant's Counsel. |

12

13

14

15

16

| | | |
|---|---|---|
| ( ) | FEDERAL | I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. |

17

18

19

| | | |
|---|---|---|
| ( X ) | BY EMAIL: | I placed the foregoing document into electronic transmission by email to the office of the addressee on the attached service list. |

20

21

22      Executed on **June $\lfloor$ 7 , 2020**, at Los Angeles, California.

23 I declare under penalty of perjury under the laws of the State of California that the above is true

24 and correct.

25                                    _____

26

27                                      Giancarla Sambo

28

**SERVICE LIST**

**Case Name:**          **Anghel -V- Target Corporation**
**Case No:**            **CIVDS2003337**

Adrienne R Hahn, Esq.

Adam C. Zamost, Esq.

Brandi Rosales

THE HAHN LEGAL GROUP, APC,

2361 Rosecrans Ave, Ste 373

El Segundo, CA 90245-4923

Phone:          (310) 706-3400

Fax:            (310) 706-3440

Email:          ahahn@hahnlegalgroup.com

                azamost@hahnlegalgroup.com

                brosales@hahnlegalgroup.com

Attorney for Defendant

TARGET CORPORATION

2

1   Carl D. Barnes (State Bar No. 50073)
    Andrew J. Fodo (State Bar No. 89363)
2   LAW OFFICES OF CARL D. BARNES
    2500 East Colorado Boulevard, Suite 350
3   Pasadena, California 91107
    Telephone:   (213) 487-5200
4   Facsimile:   (213) 487-0801

5

6   Attorneys for Plaintiff **Antonia Anghel**

7

8                 SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                     FOR THE COUNTY OF SAN BERNARDINO

10  ANTONIA ANGHEL,                    ) CASE NO.:   CIVDS2003337
                                       )
11                   Plaintiff,        ) **PLAINTIFF'S SUPPLEMENTAL**
                                       ) **RESPONSE TO DEFENDANT'S FORM**
12        vs.                          ) **INTERROGATORIES**
                                       )
13  TARGET CORPORATION; and            ) Complaint Filed:   01/31/2020
14  DOES 1 THROUGH 30, Inclusive       ) DEPT.:             S28
                                       )
15                   Defendant(s).     )
                                       )
16

17  RESPONDING PARTY:      Plaintiff:    ANTONIA ANGHEL

18  PROPOUNDING PARTY:     Defendant:    TARGET CORPORATION

19  SET NO:                One (1)

20        TO DEFENDANT TARGET CORPORATION AND ITS ATTORNEY OF

21  RECORD:

22        COMES NOW, Plaintiff ANTONIA ANGHEL responding under oath as follows

23  pursuant to §2030.010 *et seq.* of the California Code of Civil Procedure.

24

25                         PRELIMINARY STATEMENT

26        These responses are made solely for the purpose of this action.  Each answer is

27  given subject to all appropriate objections, including competency, relevancy, materiality,

28  propriety, and admissibility, which would require the exclusion of any statement made by a

                                          1
    Plaintiff's Supplemental Response to Defendant's Form Interrogatories (Set No. One)

1  witness in court.  Responding Party further objects to each interrogatory to the extent that it
2  seeks information protected by the attorney-client privilege, attorney work product
   doctrine, or other privilege.  Accordingly, all such objections are reserved for trial.
3
4        Responding Party has not completed investigation of the facts in this action, and
5  has not completed discovery or preparation for trial.  Consequently, the following
   responses are given without prejudice to Responding Party's right to produce at trial
6  subsequently discovered evidence, as Responding Party may subsequently discover later
7  acquired information, facts, evidence, witnesses that may materially alter, change, modify
8  Responding Party's responses herein.  All responses are also based on the present
9  recollection of Responding Party.
10
11 **RESPONSE TO FORM INTERROGATORY NO. 6.4:**
12        1.    Dr. Christopher Charbonnet, MD; Foothill Pain Management; 1530 E Chevy
13              Chase Dr Suite 204, Glendale, CA 91206; (818) 241-7246; consultation and
14              examination on 08/31/2020 and follow-up visits on 09/16/2020 and on
15              09/30/2020; total cost unknown.
16        2.    Dr. Michael J. Fraipont, MD, Congress Medical Associates; 800 S Raymond
17              Ave # 200, Pasadena, CA 91105; (626) 795-8051; orthopaedic consultation
18              and examination of the left knee on 09/11/2019, cost $455.00 and $220.00;
19              follow up visit on 02/04/2020, cost $398.00; arthroscopic left knee surgery
20              on 04/16/2020, cost $5,670.00 and walker, cost $336.00; follow-up post-
21              surgical appointments, cost unknown; and physicians report for $120.00;
22              total amount in excess of $7,199.00.
23
24 DATED: November[?], 2020              LAW OFFICES OF CARL D. BARNES
25
26                                  By: _____
27                                       ANDREW J. FODO
28                                       Attorney for Plaintiff

2

Plaintiff's Supplemental Response to Defendant's Form Interrogatories (Set No. One)

**VERIFICATION**

STATE OF CALIFORNIA, COUNTY OF San Bernardino

I have read the foregoing Plaintiff's  Supplemental Responses to Defendant's Form Interrogatories

_____ and know its contents.

| | **CHECK APPLICABLE PARAGRAPHS** |

[X]   I am a party to this action.  The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

[ ]   I am [ ] an Officer [ ] a partner _____ [ ] a _____ of _____ ,

a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason. [ ]  I am informed and believe and on that ground allege that the matters stated in the foregoing document are true. [ ]  The matters stated in the foregoing document are true of my own knowledge, except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

[ ]   I am one of the attorneys for _____

a party to this action.  Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason.  I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

Executed on _____ , at _____ , California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Antonia Anghel                                                            _Anghel_
              Type or Print Name                                                         Signature

**PROOF OF SERVICE**
1013a (3) CCP Revised 5/1/88

STATE OF CALIFORNIA, COUNTY OF

I am employed in the county of _____ , State of California.

I am over the age of 18 and not a party to the within action; my business address is: _____

On, _____ I served the foregoing document described as _____

_____ on _____ in this action

[ ] by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:
[ ] by placing [ ] the original [ ] a true copy thereof enclosed in sealed envelopes addressed as follows:

[ ] **BY MAIL**

[ ] *I deposited such envelope in the mail at _____ , California.
The envelope was mailed with postage thereon fully prepaid.

[ ] As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at _____ California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on _____ , at _____ , California.

[ ]  **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.

Executed on _____ , at _____ , California.

[ ] (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
[ ] (Federal)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____            _____
              Type or Print Name                                                         Signature

*(BY MAIL SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN MAIL SLOT, BOX, OR BAG)
**(FOR PERSONAL SERVICE SIGNATURE MUST BE THAT OF MESSENGER)

Legal
Solutions
Plus                Rev. 7/99

60

1          PROOF OF SERVICE

2   STATE OF CALIFORNIA;

3   COUNTY OF LOS ANGELES

4          I am employed in the County of Los Angeles, State of California.  I am over the age of 18
    and not a party to the within action; my business address is 2500 East Colorado Boulevard, Suite
5   350, Pasadena, California 91107.

6          On **November  18 , 2020**, I served the foregoing document described as PLAINTIFF'S
    SUPPLEMENTAL RESPONSE TO DEFENDANT'S FORM INTERROGATORIES on the
7   interested parties in said action, by placing a true copy thereof enclosed in a sealed envelope as
    follows:

8
    **SEE ATTACHED SERVICE LIST**
9

10  ( )    BY FAX:                    I placed the foregoing document into transmission by
                                      facsimile to the office of the addressee.
11
    ( X )  BY MAIL:                   I am readily "familiar" with the firm's practice of collection
12                                    and processing correspondence for mailing.  Under that
                                      practice it would be deposited with the U.S. Postal Service
13                                    on that same day with postage thereon fully prepaid in Los
                                      Angeles, California in the ordinary course of business.  I
14                                    am aware that on motion of the party served, service is
                                      presumed invalid if the postal cancellation date or postage
15                                    meter date is more than one day after date of deposit for
                                      mailing in affidavit. - To Defendant's Counsel.
16
    ( )    FEDERAL                    I declare that I am employed in the office of a member of
17                                    the bar of this court at whose direction the service was
                                      made.
18

19  ( X )  BY EMAIL:                  I placed the foregoing document into electronic
                                      transmission by email to the office of the addressee on the
20                                    attached service list.

21

22         Executed on **November  18   , 2020**, at Los Angeles, California.

23
    I declare under penalty of perjury under the laws of the State of California that the above is true
24  and correct.

25

26                                                    _____
                                                             Giancarla Sambo
27

28

## SERVICE LIST

**Case Name:**    **Anghel -V- Target Corporation**
**Case No:**        **CIVDS2003337**

Adrienne R Hahn, Esq.

Adam C. Zamost, Esq.

Brandi Rosales

THE HAHN LEGAL GROUP, APC,

2361 Rosecrans Ave, Ste 373

El Segundo, CA 90245-4923

| | |
|---|---|
| Phone: | (310) 706-3400 |
| Fax: | (310) 706-3440 |
| Email: | ahahn@hahnlegalgroup.com |
| | azamost@hahnlegalgroup.com |
| | brosales@hahnlegalgroup.com |

Attorney for Defendant

TARGET CORPORATION

1   Carl D. Barnes (State Bar No. 50073)
    Andrew J. Fodo (State Bar No. 89363)
2   LAW OFFICES OF CARL D. BARNES
    2500 East Colorado Boulevard, Suite 350
3   Pasadena, California 91107
    Telephone:    (213) 487-5200
4   Facsimile:    (213) 487-0801

5
    Attorneys for Plaintiff **Antonia Anghel**
6

7

8               SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                  FOR THE COUNTY OF SAN BERNARDINO

10
    ANTONIA ANGHEL,                  )   CASE NO.:    CIVDS2003337
11                                   )
                    Plaintiff,       )   **PLAINTIFF'S SUPPLEMENTAL**
12                                   )   **RESPONSE TO DEFENDANT'S FORM**
            vs.                      )   **INTERROGATORIES**
13                                   )
    TARGET CORPORATION; and          )   Complaint Filed:    01/31/2020
14  DOES 1 THROUGH 30, Inclusive     )   DEPT.:              S28
                                     )
15                  Defendant(s).    )
                                     )
16

17  RESPONDING PARTY:    Plaintiff:    ANTONIA ANGHEL

18  PROPOUNDING PARTY:   Defendant:    TARGET CORPORATION

    SET NO:              One (1)
19
            TO DEFENDANT TARGET CORPORATION AND ITS ATTORNEY OF
20
    RECORD:
21
            COMES NOW, Plaintiff ANTONIA ANGHEL responding under oath as follows
22
    pursuant to §2030.010 *et seq.* of the California Code of Civil Procedure.
23

24                         PRELIMINARY STATEMENT
25
            These responses are made solely for the purpose of this action. Each answer is
26
    given subject to all appropriate objections, including competency, relevancy, materiality,
27
    propriety, and admissibility, which would require the exclusion of any statement made by a
28

                                        1
        Plaintiff's Supplemental Response to Defendant's Form Interrogatories (Set No. One)

witness in court.  Responding Party further objects to each interrogatory to the extent that it seeks information protected by the attorney-client privilege, attorney work product doctrine, or other privilege.  Accordingly, all such objections are reserved for trial.

     Responding Party has not completed investigation of the facts in this action, and has not completed discovery or preparation for trial.  Consequently, the following responses are given without prejudice to Responding Party's right to produce at trial subsequently discovered evidence, as Responding Party may subsequently discover later acquired information, facts, evidence, witnesses that may materially alter, change, modify Responding Party's responses herein.  All responses are also based on the present recollection of Responding Party.

**RESPONSE TO FORM INTERROGATORY NO. 6.4:**

1.     Dr. Christopher Charbonnet, MD; Foothill Pain Management; 1530 E Chevy Chase Dr Suite 204, Glendale, CA 91206; (818) 241-7246; consultation and examination on 08/31/2020, cost $500.00, and follow-up visits on 09/16/2020, cost $250.00, and on 09/30/2020, cost $250.00; total amount $1,000.000.

2.     Dr. Michael J. Fraipont, MD, Congress Medical Associates; 800 S Raymond Ave # 200, Pasadena, CA 91105; (626) 795-8051; post-op follow-up visit on 07/08/2020, cost $486.00; orthopaedic examination on 07/24/2020, cost $565.00; follow-up visit and MRI on 07/28/2020, cost $1,427.00; orthopedic evaluation on 07/31/2020, cost $565.00; orthopaedic evaluation on 08/07/2020, cost $375.00; total amount $3,418.00.

///
///
///
///
///

3.   Democratic Anesthesiologists, Inc.; PO Box 90730, Pasadena, CA  91109;
(626) 701-0118; anesthesia services on 04/16/2020, cost $1,940.00.

DATED: November 30 , 2020          LAW OFFICES OF CARL D. BARNES

By

ANDREW J. FODO

Attorney for Plaintiff

3

Plaintiff's Supplemental Response to Defendant's Form Interrogatories (Set No. One)

**VERIFICATION**

STATE OF CALIFORNIA, COUNTY OF San Bernardino,

I have read the foregoing *Plaintiff's Supplemental Response to Defendent's From Interrogabris* and know its contents.

☐ **CHECK APPLICABLE PARAGRAPHS**

☒ I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐ I am ☐ an Officer ☐ a partner _____ ☐ a _____ of _____

a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason. ☐ I am informed and believe and on that ground allege that the matters stated in the foregoing document are true. ☐ The matters stated in the foregoing document are true of my own knowledge, except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐ I am one of the attorneys for _____

a party to this action. Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

Executed on _____ , at _____ , California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Antonia Anghel
_____          _____
Type or Print Name                                              Signature

**PROOF OF SERVICE**
1013a (3) CCP Revised 5/1/88

STATE OF CALIFORNIA, COUNTY OF _____

I am employed in the county of _____ , State of California.

I am over the age of 18 and not a party to the within action; my business address is: _____

_____

On, _____ I served the foregoing document described as _____

_____

_____ on _____ in this action

☐ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

☐ by placing ☐ the original ☐ a true copy thereof enclosed in sealed envelopes addressed as follows:

☐ **BY MAIL**

☐ *I deposited such envelope in the mail at _____ , California.

The envelope was mailed with postage thereon fully prepaid.

☐ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at _____ California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on _____ , at _____ , California.

☐ **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.

Executed on _____ , at _____ , California.

☐ (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐ (Federal)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____          _____
Type or Print Name                                              Signature

*(BY MAIL SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN MAIL SLOT, BOX, OR BAG)

**(FOR PERSONAL SERVICE SIGNATURE MUST BE THAT OF MESSENGER)

Legal
Solutions
Plus                                          Rev. 7/99

<center>PROOF OF SERVICE</center>

STATE OF CALIFORNIA;

COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2500 East Colorado Boulevard, Suite 350, Pasadena, California 91107.

    On ~~November~~ December 1, 2020, I served the foregoing document described as PLAINTIFF'S SUPPLEMENTAL RESPONSE TO DEFENDANT'S FORM INTERROGATORIES on the interested parties in said action, by placing a true copy thereof enclosed in a sealed envelope as follows:

**SEE ATTACHED SERVICE LIST**

( )   BY FAX:                 I placed the foregoing document into transmission by facsimile to the office of the addressee.

( X )  BY MAIL:               I am readily "familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. - To Defendant's Counsel.

( )   FEDERAL           I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

( X )  BY EMAIL:            I placed the foregoing document into electronic transmission by email to the office of the addressee on the attached service list.

    Executed on ~~November~~ December 1, 2020, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

                                  _____

                                    Giancarla Sambo

**SERVICE LIST**

**Case Name:**      **Anghel -V- Target Corporation**
**Case No:**        **CIVDS2003337**

Adrienne R Hahn, Esq.

Adam C. Zamost, Esq.

Brandi Rosales

THE HAHN LEGAL GROUP, APC,

2361 Rosecrans Ave, Ste 373

El Segundo, CA 90245-4923

| | |
|---|---|
| Phone: | (310) 706-3400 |
| Fax: | (310) 706-3440 |
| Email: | ahahn@hahnlegalgroup.com |
| | azamost@hahnlegalgroup.com |
| | brosales@hahnlegalgroup.com |

Attorney for Defendant

TARGET CORPORATION

2

# EXHIBIT "F"



ORDER #:            **303676.038**


CASE NAME:         **Anghel v. Target Corporation**


RECORDS ON:        **Antonia Anghel**


RECORDS FROM:      **Community Hospital of San**
                   **Bernardino (Human**
                   **Resources)**
                   **1805 Medical Center Drive**
                   **San Bernardino, CA 92411**


SUBSTITUTED FOR:

**Employee Time Card Report**

**Between 1/1/2015 and 10/13/2020**
**Showing Only Primary Pay Codes**
**For Employee(s) 157483**

| Actual Hours | Rounded Start Date | Rounded Start Time | Rounded End Date | Rounded End Time | Special Code | Rounded Hours | Pay Code | Quick Code | Pay Period Ending | Worked Process Level | Worked Department |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8.27 | 03/14/2016 | 18:00 | 03/15/2016 | 02:15 | ~~~~~~~~ | 8.25 | 100-REG | | 03/26/2016 | 373 | 772000 RESPIRATORY THERAPY |
| 3.85 | 03/15/2016 | 02:45 | 03/15/2016 | 06:30 | ~~~~~~~~ | 3.75 | 100-REG | | 03/26/2016 | 373 | 772000 RESPIRATORY THERAPY |
| 6.8 | 03/15/2016 | 18:00 | 03/16/2016 | 00:45 | ~~~~~~~~ | 6.75 | 100-REG | | 03/26/2016 | 373 | 772000 RESPIRATORY THERAPY |
| 3.75 | 03/16/2016 | 01:15 | 03/16/2016 | 05:00 | ~~~~~~~~ | 3.75 | 100-REG | | 03/26/2016 | 373 | 772000 RESPIRATORY THERAPY |
| 6.47 | 03/19/2016 | 18:00 | 03/20/2016 | 00:15 | ~~~~~~~~ | 6.25 | 100-REG | 27632 | 03/26/2016 | 373 | 772000 RESPIRATORY THERAPY |
| 5.53 | 03/20/2016 | 00:45 | 03/20/2016 | 06:30 | ~~~~~~~~ | 5.75 | 100-REG | 27632 | 03/26/2016 | 373 | 772000 RESPIRATORY THERAPY |
| 8.43 | 03/20/2016 | 18:00 | 03/21/2016 | 02:15 | ~~~~~~~~ | 8.25 | 100-REG | | 03/26/2016 | 373 | 772000 RESPIRATORY THERAPY |
| 3.65 | 03/21/2016 | 02:45 | 03/21/2016 | 06:30 | ~~~~~~~~ | 3.75 | 100-REG | | 03/26/2016 | 373 | 772000 RESPIRATORY THERAPY |
| 8.3 | 03/23/2016 | 18:00 | 03/24/2016 | 02:15 | ~~~~~~~~ | 8.25 | 100-REG | 27632 | 03/26/2016 | 373 | 772000 RESPIRATORY THERAPY |
| 3.65 | 03/24/2016 | 02:45 | 03/24/2016 | 06:30 | ~~~~~~~~ | 3.75 | 100-REG | 27632 | 03/26/2016 | 373 | 772000 RESPIRATORY THERAPY |
| 8.37 | 03/24/2016 | 18:00 | 03/25/2016 | 02:15 | ~~~~~~~~ | 8.25 | 100-REG | | 03/26/2016 | 373 | 772000 RESPIRATORY THERAPY |
| 3.7 | 03/25/2016 | 02:45 | 03/25/2016 | 06:30 | ~~~~~~~~ | 3.75 | 100-REG | | 03/26/2016 | 373 | 772000 RESPIRATORY THERAPY |
| 7.87 | 03/28/2016 | 18:00 | 03/29/2016 | 01:45 | ~~~~~~~~ | 7.75 | 100-REG | | 04/09/2016 | 373 | 772000 RESPIRATORY THERAPY |
| 4.23 | 03/29/2016 | 02:15 | 03/29/2016 | 06:30 | ~~~~~~~~ | 4.25 | 100-REG | | 04/09/2016 | 373 | 772000 RESPIRATORY THERAPY |
| 7.85 | 03/29/2016 | 18:00 | 03/30/2016 | 01:45 | ~~~~~~~~ | 7.75 | 100-REG | | 04/09/2016 | 373 | 772000 RESPIRATORY THERAPY |

**Community Hospital of San Bernardino  00006**

**Employee Time Card Report**

**Between 1/1/2015 and 10/13/2020**
**Showing Only Primary Pay Codes**
**For Employee(s) 157483**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 4.22 | 04/03/2020 | 02:15 | 04/03/2020 | 06:30 | ~~~~~~~~~ | 4.25 100-REG | 40608 | 04/04/2020 373 | 772000 | RESPIRATORY THERAPY |
| 8.78 | 04/06/2020 | 18:00 | 04/07/2020 | 02:45 | ~~~~~~~~~ | 8.75 100-REG | 40608 | 04/18/2020 373 | 772000 | RESPIRATORY THERAPY |
| 3.23 | 04/07/2020 | 03:15 | 04/07/2020 | 06:30 | ~~~~~~~~~ | 3.25 100-REG | 40608 | 04/18/2020 373 | 772000 | RESPIRATORY THERAPY |
| 8.25 | 04/07/2020 | 18:00 | 04/08/2020 | 02:15 | ~~~~~~~~~ | 8.25 100-REG | 40608 | 04/18/2020 373 | 772000 | RESPIRATORY THERAPY |
| 3.7 | 04/08/2020 | 02:45 | 04/08/2020 | 06:30 | ~~~~~~~~~ | 3.75 100-REG | 40608 | 04/18/2020 373 | 772000 | RESPIRATORY THERAPY |
| 6.52 | 04/11/2020 | 18:00 | 04/12/2020 | 00:30 | ~~~~~~~~~ | 6.5 100-REG | 40608 | 04/18/2020 373 | 772000 | RESPIRATORY THERAPY |
| 5.45 | 04/12/2020 | 01:00 | 04/12/2020 | 06:30 | ~~~~~~~~~ | 5.5 100-REG | 40608 | 04/18/2020 373 | 772000 | RESPIRATORY THERAPY |
| 8.18 | 04/12/2020 | 18:00 | 04/13/2020 | 02:00 | ~~~~~~~~~ | 8 100-REG | 40608 | 04/18/2020 373 | 772000 | RESPIRATORY THERAPY |
| 3.88 | 04/13/2020 | 02:30 | 04/13/2020 | 06:30 | ~~~~~~~~~ | 4 100-REG | 40608 | 04/18/2020 373 | 772000 | RESPIRATORY THERAPY |
| 12 | 04/15/2020 | 18:00 | 04/16/2020 | 06:00 | | 12 524-PTO UNSCHED | | 04/18/2020 373 | 772000 | RESPIRATORY THERAPY |
| 12 | 04/16/2020 | 18:00 | 04/17/2020 | 06:00 | | 12 524-PTO UNSCHED | | 04/18/2020 373 | 772000 | RESPIRATORY THERAPY |
| 12 | 04/20/2020 | 18:00 | 04/21/2020 | 06:00 | | 12 504-LTS | | 05/02/2020 373 | 772000 | RESPIRATORY THERAPY |
| 12 | 04/21/2020 | 18:00 | 04/22/2020 | 06:00 | | 12 504-LTS | | 05/02/2020 373 | 772000 | RESPIRATORY THERAPY |
| 15.1 | 05/01/2020 | 07:00 | 05/01/2020 | 22:00 | | 15.1 504-LTS | | 05/02/2020 373 | 772000 | RESPIRATORY THERAPY |
| 15.47 | 05/08/2020 | 07:00 | 05/08/2020 | 22:00 | | 15.47 504-LTS | | 05/16/2020 373 | 772000 | RESPIRATORY THERAPY |
| 15.48 | 05/15/2020 | 07:00 | 05/15/2020 | 22:00 | | 15.48 504-LTS | | 05/16/2020 373 | 772000 | RESPIRATORY THERAPY |
| 15.47 | 05/22/2020 | 07:00 | 05/22/2020 | 22:00 | | 15.47 504-LTS | | 05/30/2020 373 | 772000 | RESPIRATORY THERAPY |
| 15.48 | 05/29/2020 | 07:00 | 05/29/2020 | 22:00 | | 15.48 504-LTS | | 05/30/2020 373 | 772000 | RESPIRATORY THERAPY |
| 15.47 | 06/05/2020 | 07:00 | 06/05/2020 | 22:00 | | 15.47 504-LTS | | 06/13/2020 373 | 772000 | RESPIRATORY THERAPY |

**Employee Time Card Report**

**Between 1/1/2015 and 10/13/2020**
**Showing Only Primary Pay Codes**
**For Employee(s) 157483**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15.48 | 06/12/2020 | 07:00 | 06/12/2020 | 22:00 | | 15.48 | 504-LTS | | 06/13/2020 | 373 | 772000 | RESPIRATORY THERAPY |
| 15.47 | 06/19/2020 | 07:00 | 06/19/2020 | 22:00 | | 15.47 | 504-LTS | | 06/27/2020 | 373 | 772000 | RESPIRATORY THERAPY |
| 15.48 | 06/26/2020 | 07:00 | 06/26/2020 | 22:00 | | 15.48 | 504-LTS | | 06/27/2020 | 373 | 772000 | RESPIRATORY THERAPY |
| 13.08 | 07/03/2020 | 07:00 | 07/03/2020 | 20:00 | | 13.08 | 504-LTS | | 07/11/2020 | 373 | 772000 | RESPIRATORY THERAPY |
| 4.78 | 07/10/2020 | 08:00 | 07/10/2020 | 12:00 | | 4.78 | 500-PTO | | 07/11/2020 | 373 | 772000 | RESPIRATORY THERAPY |
| 13.09 | 07/10/2020 | 07:00 | 07/10/2020 | 20:00 | | 13.09 | 504-LTS | | 07/11/2020 | 373 | 772000 | RESPIRATORY THERAPY |
| 15.47 | 07/17/2020 | 07:00 | 07/17/2020 | 22:00 | | 15.47 | 500-PTO | | 07/25/2020 | 373 | 772000 | RESPIRATORY THERAPY |
| 15.48 | 07/24/2020 | 07:00 | 07/24/2020 | 22:00 | | 15.48 | 500-PTO | | 07/25/2020 | 373 | 772000 | RESPIRATORY THERAPY |
| 15.47 | 07/31/2020 | 07:00 | 07/31/2020 | 22:00 | | 15.47 | 500-PTO | | 08/08/2020 | 373 | 772000 | RESPIRATORY THERAPY |
| 15.48 | 08/07/2020 | 07:00 | 08/07/2020 | 22:00 | | 15.48 | 500-PTO | | 08/08/2020 | 373 | 772000 | RESPIRATORY THERAPY |
| 19.24 | 08/14/2020 | 07:00 | 08/15/2020 | 02:00 | | 19.24 | 500-PTO | | 08/22/2020 | 373 | 772000 | RESPIRATORY THERAPY |
| 19.25 | 08/19/2020 | 07:00 | 08/20/2020 | 02:00 | | 19.25 | 500-PTO | | 08/22/2020 | 373 | 772000 | RESPIRATORY THERAPY |
| 1.33 | 08/20/2020 | 09:45 | 08/20/2020 | 11:00 | ME-------- | 1.25 | 603-ANNUAL REQ | | 08/22/2020 | 373 | 772000 | RESPIRATORY THERAPY |
| 7 | 08/24/2020 | 17:00 | 08/25/2020 | 00:00 | ---------- | 7 | 100-REG | | 09/05/2020 | 373 | 772000 | RESPIRATORY THERAPY |
| 8.22 | 08/25/2020 | 18:00 | 08/26/2020 | 02:00 | ---------- | 8 | 100-REG | 40608 | 09/05/2020 | 373 | 772000 | RESPIRATORY THERAPY |
| 3.83 | 08/26/2020 | 02:30 | 08/26/2020 | 06:30 | ---------- | 4 | 100-REG | 40608 | 09/05/2020 | 373 | 772000 | RESPIRATORY THERAPY |
| 8.22 | 08/29/2020 | 18:00 | 08/30/2020 | 02:00 | ---------- | 8 | 100-REG | 40608 | 09/05/2020 | 373 | 772000 | RESPIRATORY THERAPY |
| 3.77 | 08/30/2020 | 02:30 | 08/30/2020 | 06:30 | ---------- | 4 | 100-REG | 40608 | 09/05/2020 | 373 | 772000 | RESPIRATORY THERAPY |

## Payment Detail Listing

ZZ260 Date 10/08/20 Company 100 DIGNITY HEALTH Page 39
Time 19:29 Payment Detail Listing
Date Range 01/01/15 - 10/08/20

| Earnings | Hours, Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| 157483 ANGHEL, ANTONIA | | 04/10/20 25158480 | A.C.H | | 4,582.11 | 905.57 | | 900.47 | 355.51 | 2,667.93 |
| **Earnings** | **Hours, Units** | **Amount** | **Tax Ded** | **Amount** | **Taxable** | **Other Ded** | **Amount** | **Cpy Ded** | **Amount** | **Taxable** |
| GTL | | 108.14 | FICA HI | 64.96 | 4,479.97 | LIFE | 45.32 | SUI CA | | |
| SHF3PRD | 72.00 | 583.08 | STATE CA | 133.09 | 3,792.65 | LTD | 5.79 | LIFE CMP | 6.07 | |
| | | | SDICA | 43.72 | 4,371.83 | AD&D | 1.40 | LTD CMP | 6.26 | |
| | | | | | | SPLIFE | 2.98 | AD&D CMP | .47 | |
| | | | | | | DUE SEIU | 77.74 | | | |
| | | | | | | COPE | 4.62 | | | |
| | | | | | | VOL BENS | 25.67 | | | |

| Earnings | Hours, Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| 157483 ANGHEL, ANTONIA | | 04/24/20 25216435 | A.C.H | | 4,387.77 | 844.02 | | 882.85 | 340.65 | 2,552.76 |
| **Earnings** | **Hours, Units** | **Amount** | **Tax Ded** | **Amount** | **Taxable** | **Other Ded** | **Amount** | **Cpy Ded** | **Amount** | **Taxable** |
| REGULAR | 48.00 | 2,591.53 | FEDERAL | 352.20 | 3,627.46 | 403(b)% | 658.17 | FICA SS | 265.71 | 4,285.63 |
| UNSCHPTO | 24.00 | 1,295.77 | FICA SS | 265.71 | 4,285.63 | DENTAL | 49.63 | FICA HI | 62.14 | 4,285.63 |
| WEEKENDF | 12.00 | 3.60 | FICA HI | 62.14 | 4,285.63 | LIFE | 45.32 | SUI CA | | |
| GTL | | 108.14 | STATE CA | 122.19 | 3,627.46 | LTD | 5.79 | LIFE CMP | 6.07 | |
| SHF3PRD | 48.00 | 388.73 | SDICA | 41.78 | 4,177.49 | AD&D | 1.40 | LTD CMP | 6.26 | |
| | | | | | | SPLIFE | 2.98 | AD&D CMP | .47 | |
| | | | | | | DUE SEIU | 77.74 | | | |
| | | | | | | COPE | 4.62 | | | |
| | | | | | | VOL BENS | 25.67 | | | |
| | | | | | | MEALS | 11.53 | | | |

| Earnings | Hours, Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| 157483 ANGHEL, ANTONIA | | 05/08/20 25274149 | A.C.H | | 2,219.16 | 338.64 | | 510.50 | 174.76 | 1,261.88 |
| **Earnings** | **Hours, Units** | **Amount** | **Tax Ded** | **Amount** | **Taxable** | **Other Ded** | **Amount** | **Cpy Ded** | **Amount** | **Taxable** |
| LT SICK | 39.10 | 2,111.02 | FEDERAL | 131.01 | 1,784.15 | 403(b)% | 332.87 | FICA SS | 131.26 | 2,117.02 |
| GTL | | 108.14 | FICA SS | 131.26 | 2,117.02 | DENTAL | 49.63 | FICA HI | 30.70 | 2,117.02 |
| | | | FICA HI | 30.70 | 2,117.02 | LIFE | 45.32 | SUI CA | | |
| | | | STATE CA | 25.58 | 1,784.15 | LTD | 5.79 | LIFE CMP | 6.07 | |
| | | | SDICA | 20.09 | 2,008.88 | AD&D | 1.40 | LTD CMP | 6.26 | |
| | | | | | | SPLIFE | 2.98 | AD&D CMP | .47 | |
| | | | | | | DUE SEIU | 42.22 | | | |
| | | | | | | COPE | 4.62 | | | |
| | | | | | | VOL BENS | 25.67 | | | |

| Earnings | Hours, Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| 157483 ANGHEL, ANTONIA | | 05/15/20 25317489 | A.C.H | | 119.98 | 39.55 | | 18.00 | 9.18 | 62.43 |
| **Earnings** | **Hours, Units** | **Amount** | **Tax Ded** | **Amount** | **Taxable** | **Other Ded** | **Amount** | **Cpy Ded** | **Amount** | **Taxable** |
| RETRO | | 51.83 | FEDERAL | 22.44 | 101.98 | 403(b)% | 18.00 | FICA SS | 7.44 | 119.98 |
| RETRO NP | | 68.15 | FICA SS | 7.44 | 119.98 | | | FICA HI | 1.74 | 119.98 |
| | | | FICA HI | 1.74 | 119.98 | | | SUI CA | | |
| | | | STATE CA | 6.73 | 101.98 | | | | | |
| | | | SDICA | 1.20 | 119.98 | | | | | |

| Earnings | Hours, Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| 157483 ANGHEL, ANTONIA | | 05/22/20 25333760 | A.C.H | | 1,812.56 | 254.37 | | 441.37 | 143.64 | 1,008.68 |
| **Earnings** | **Hours, Units** | **Amount** | **Tax Ded** | **Amount** | **Taxable** | **Other Ded** | **Amount** | **Cpy Ded** | **Amount** | **Taxable** |
| LT SICK | 30.95 | 1,704.42 | FEDERAL | 89.53 | 1,438.54 | 403(b)% | 271.88 | FICA SS | 106.04 | 1,710.42 |
| GTL | | 108.14 | FICA SS | 106.04 | 1,710.42 | DENTAL | 49.63 | FICA HI | 24.80 | 1,710.42 |
| | | | FICA HI | 24.80 | 1,710.42 | LIFE | 45.32 | SUI CA | | |

Payment Detail Listing

```
ZZ260 Date 10/08/20            Company  100  DIGNITY HEALTH                                    Page     40
      Time 19:29               Payment Detail Listing
                               Date Range 01/01/15 - 10/08/20
```

```
             Hours,
Earnings     Units     Amount Tax Ded      Amount      Taxable Other Ded    Amount  Cpy Ded      Amount      Taxable
  157483 ANGHEL, ANTONIA       05/22/20 25333760 A.C.H  1,812.56     254.37          441.37       143.64     1,008.68
             Hours,
Earnings     Units     Amount Tax Ded      Amount      Taxable Other Ded    Amount  Cpy Ded      Amount      Taxable
                              STATE CA      17.98      1,438.54             5.79 LIFE CMP         6.07
                              SDICA         16.02      1,602.28 AD&D        1.40 LTD CMP          6.26
                                                                SPLIFE      2.98 AD&D CMP          .47
                                                                DUE SEIU   34.08
                                                                COPE        4.62
                                                                VOL BENS   25.67
-----------------------------------------------------------------------------------------------------------------
  157483 ANGHEL, ANTONIA       06/05/20 25391894 A.C.H  1,812.56     254.38          441.37       143.65     1,008.67
             Hours,
Earnings     Units     Amount Tax Ded      Amount      Taxable Other Ded    Amount  Cpy Ded      Amount      Taxable
LT SICK     30.95   1,704.42 FEDERAL       89.53      1,438.54 403(b)%    271.88 FICA SS         106.05     1,710.42
GTL                  108.14 FICA SS       106.05      1,710.42 DENTAL      49.63 FICA HI          24.80     1,710.42
                            FICA HI        24.80      1,710.42 LIFE        45.32 SUI CA
                            STATE CA       17.98      1,438.54 LTD          5.79 LIFE CMP         6.07
                            SDICA          16.02      1,602.28 AD&D         1.40 LTD CMP          6.26
                                                              SPLIFE       2.98 AD&D CMP          .47
                                                              DUE SEIU    34.08
                                                              COPE         4.62
                                                              VOL BENS    25.67
-----------------------------------------------------------------------------------------------------------------
  157483 ANGHEL, ANTONIA       06/19/20 25450032 A.C.H  1,812.56     254.38          441.37       143.65     1,008.67
             Hours,
Earnings     Units     Amount Tax Ded      Amount      Taxable Other Ded    Amount  Cpy Ded      Amount      Taxable
LT SICK     30.95   1,704.42 FEDERAL       89.53      1,438.54 403(b)%    271.88 FICA SS         106.05     1,710.42
GTL                  108.14 FICA SS       106.05      1,710.42 DENTAL      49.63 FICA HI          24.80     1,710.42
                            FICA HI        24.80      1,710.42 LIFE        45.32 SUI CA
                            STATE CA       17.98      1,438.54 LTD          5.79 LIFE CMP         6.07
                            SDICA          16.02      1,602.28 AD&D         1.40 LTD CMP          6.26
                                                              SPLIFE       2.98 AD&D CMP          .47
                                                              DUE SEIU    34.08
                                                              COPE         4.62
                                                              VOL BENS    25.67
-----------------------------------------------------------------------------------------------------------------
  157483 ANGHEL, ANTONIA       06/26/20 25492086 A.C.H     59.61       5.16            8.94         4.56        45.51
             Hours,
Earnings     Units     Amount Tax Ded      Amount      Taxable Other Ded    Amount  Cpy Ded      Amount      Taxable
REGULAR     51.83 FEDERAL                               50.67 403(b)%      8.94 FICA SS           3.69        59.61
SHF3PRD      7.78 FICA SS       3.69                    59.61                   FICA HI            .87        59.61
                  FICA HI        .87                    59.61                   SUI CA
                  STATE CA                              50.67
                  SDICA          .60                    59.61
-----------------------------------------------------------------------------------------------------------------
  157483 ANGHEL, ANTONIA       07/03/20 25508105 A.C.H  1,812.56     254.38          441.37       143.65     1,008.67
             Hours,
Earnings     Units     Amount Tax Ded      Amount      Taxable Other Ded    Amount  Cpy Ded      Amount      Taxable
LT SICK     30.95   1,704.42 FEDERAL       89.53      1,438.54 403(b)%    271.88 FICA SS         106.05     1,710.42
GTL                  108.14 FICA SS       106.05      1,710.42 DENTAL      49.63 FICA HI          24.80     1,710.42
                            FICA HI        24.80      1,710.42 LIFE        45.32 SUI CA
                            STATE CA       17.98      1,438.54 LTD          5.79 LIFE CMP         6.07
                            SDICA          16.02      1,602.28 AD&D         1.40 LTD CMP          6.26
```

**Community Hospital of San Bernardino  00120**

Payment Detail Listing

```
ZZ260 Date 10/08/20              Company  100  DIGNITY HEALTH                                        Page    41
      Time 19:29                 Payment Detail Listing
                          .      Date Range 01/01/15 - 10/08/20
```

|            | Hours, |        |         |        |          |              |        |          |        |          |
|------------|--------|--------|---------|--------|----------|--------------|--------|----------|--------|----------|
| Earnings   | Units  | Amount | Tax Ded | Amount | Taxable  | Other Ded    | Amount | Cpy Ded  | Amount | Taxable  |
| 157483 ANGHEL, ANTONIA | | | 07/03/20 25508105 A.C.H | 1,812.56 | 254.38 | | 441.37 | | 143.65 | 1,008.67 |

|            | Hours, |        |         |        |          |              |        |          |        |          |
|------------|--------|--------|---------|--------|----------|--------------|--------|----------|--------|----------|
| Earnings   | Units  | Amount | Tax Ded | Amount | Taxable  | Other Ded    | Amount | Cpy Ded  | Amount | Taxable  |
|            |        |        |         |        |          | SPLIFE       | 2.98   | AD&D CMP | .47    |          |
|            |        |        |         |        |          | DUE SEIU     | 34.08  |          |        |          |
|            |        |        |         |        |          | COPE         | 4.62   |          |        |          |
|            |        |        |         |        |          | VOL BENS     | 25.67  |          |        |          |

| 157483 ANGHEL, ANTONIA | | | 07/17/20 25567224 A.C.H | 1,812.57 | 254.38 | | 441.38 | | 143.64 | 1,008.67 |

|            | Hours, |          |         |        |          |              |        |          |        |          |
|------------|--------|----------|---------|--------|----------|--------------|--------|----------|--------|----------|
| Earnings   | Units  | Amount   | Tax Ded | Amount | Taxable  | Other Ded    | Amount | Cpy Ded  | Amount | Taxable  |
| PTO        | 4.78   | 263.24   | FEDERAL | 89.53  | 1,438.54 | 403(b)%      | 271.89 | FICA SS  | 106.04 | 1,710.43 |
| LT SICK    | 26.17  | 1,441.19 | FICA SS | 106.04 | 1,710.43 | DENTAL       | 49.63  | FICA HI  | 24.80  | 1,710.43 |
| GTL        |        | 108.14   | FICA HI | 24.80  | 1,710.42 | LIFE         | 45.32  | SUI CA   |        |          |
|            |        |          | STATE CA| 17.98  | 1,438.54 | LTD          | 5.79   | LIFE CMP | 6.07   |          |
|            |        |          | SDICA   | 16.03  | 1,602.29 | AD&D         | 1.40   | LTD CMP  | 6.26   |          |
|            |        |          |         |        |          | SPLIFE       | 2.98   | AD&D CMP | .47    |          |
|            |        |          |         |        |          | DUE SEIU     | 34.08  |          |        |          |
|            |        |          |         |        |          | COPE         | 4.62   |          |        |          |
|            |        |          |         |        |          | VOL BENS     | 25.67  |          |        |          |

| 157483 ANGHEL, ANTONIA | | | 07/31/20 25625112 A.C.H | 1,812.56 | 254.38 | | 441.37 | | 143.65 | 1,008.67 |

|            | Hours, |          |         |        |          |              |        |          |        |          |
|------------|--------|----------|---------|--------|----------|--------------|--------|----------|--------|----------|
| Earnings   | Units  | Amount   | Tax Ded | Amount | Taxable  | Other Ded    | Amount | Cpy Ded  | Amount | Taxable  |
| PTO        | 30.95  | 1,704.42 | FEDERAL | 89.53  | 1,438.54 | 403(b)%      | 271.89 | FICA SS  | 106.05 | 1,710.42 |
| GTL        |        | 108.14   | FICA SS | 106.05 | 1,710.42 | DENTAL       | 49.63  | FICA HI  | 24.80  | 1,710.42 |
|            |        |          | FICA HI | 24.80  | 1,710.42 | LIFE         | 45.32  | SUI CA   |        |          |
|            |        |          | STATE CA| 17.98  | 1,438.54 | LTD          | 5.79   | LIFE CMP | 6.07   |          |
|            |        |          | SDICA   | 16.02  | 1,602.28 | AD&D         | 1.40   | LTD CMP  | 6.26   |          |
|            |        |          |         |        |          | SPLIFE       | 2.98   | AD&D CMP | .47    |          |
|            |        |          |         |        |          | DUE SEIU     | 34.08  |          |        |          |
|            |        |          |         |        |          | COPE         | 4.62   |          |        |          |
|            |        |          |         |        |          | VOL BENS     | 25.67  |          |        |          |

| 157483 ANGHEL, ANTONIA | | | 08/14/20 25682847 A.C.H | 1,812.56 | 254.38 | | 441.37 | | 143.65 | 1,008.67 |

|            | Hours, |          |         |        |          |              |        |          |        |          |
|------------|--------|----------|---------|--------|----------|--------------|--------|----------|--------|----------|
| Earnings   | Units  | Amount   | Tax Ded | Amount | Taxable  | Other Ded    | Amount | Cpy Ded  | Amount | Taxable  |
| PTO        | 30.95  | 1,704.42 | FEDERAL | 89.53  | 1,438.54 | 403(b)%      | 271.88 | FICA SS  | 106.05 | 1,710.42 |
| GTL        |        | 108.14   | FICA SS | 106.05 | 1,710.42 | DENTAL       | 49.63  | FICA HI  | 24.80  | 1,710.42 |
|            |        |          | FICA HI | 24.80  | 1,710.42 | LIFE         | 45.32  | SUI CA   |        |          |
|            |        |          | STATE CA| 17.98  | 1,438.54 | LTD          | 5.79   | LIFE CMP | 6.07   |          |
|            |        |          | SDICA   | 16.02  | 1,602.28 | AD&D         | 1.40   | LTD CMP  | 6.26   |          |
|            |        |          |         |        |          | SPLIFE       | 2.98   | AD&D CMP | .47    |          |
|            |        |          |         |        |          | DUE SEIU     | 34.08  |          |        |          |
|            |        |          |         |        |          | COPE         | 4.62   |          |        |          |
|            |        |          |         |        |          | VOL BENS     | 25.67  |          |        |          |

| 157483 ANGHEL, ANTONIA | | | 08/28/20 25740711 A.C.H | 2,296.63 | 354.68 | | 523.66 | | 180.67 | 1,310.15 |

|            | Hours, |          |         |        |          |              |        |          |        |          |
|------------|--------|----------|---------|--------|----------|--------------|--------|----------|--------|----------|
| Earnings   | Units  | Amount   | Tax Ded | Amount | Taxable  | Other Ded    | Amount | Cpy Ded  | Amount | Taxable  |
| PTO        | 38.49  | 2,119.65 | FEDERAL | 138.91 | 1,850.00 | 403(b)%      | 344.49 | FICA SS  | 136.05 | 2,194.49 |
| ANNTRAIN   | 1.25   | 68.84    | FICA SS | 136.05 | 2,194.49 | DENTAL       | 49.63  | FICA HI  | 31.82  | 2,194.49 |
| GTL        |        | 108.14   | FICA HI | 31.82  | 2,194.49 | LIFE         | 45.32  | SUI CA   |        |          |

**Community Hospital of San Bernardino  00121**

Payment Detail Listing

```
ZZ260 Date 10/08/20          Company  100  DIGNITY HEALTH                                                    Page    42
      Time 19:29             Payment Detail Listing
                             Date Range 01/01/15 - 10/08/20
```

|           | Hours, Units |       Amount | Tax Ded   |   Amount |   Taxable | Other Ded |   Amount | Cpy Ded  |   Amount |  Taxable |
|-----------|-------------:|-------------:|-----------|---------:|----------:|-----------|---------:|----------|---------:|---------:|
| Earnings  |              |              | 08/28/20 25740711 | A.C.H |  2,296.63 |           |   354.68 |          |   523.66 | 1,310.15 |
| 157483 ANGHEL, ANTONIA |  |              |           |          |           |           |          |          |   180.67 |          |
| Earnings  | Units        |       Amount | STATE CA  |    27.03 |  1,850.00 | LTD       |     5.79 | LIFE CMP |     6.07 |          |
|           |              |              | SDICA     |    20.87 |  2,086.35 | AD&D      |     1.40 | LTD CMP  |     6.26 |          |
|           |              |              |           |          |           | SPLIFE    |     2.98 | AD&D CMP |      .47 |          |
|           |              |              |           |          |           | DUE SEIU  |    43.76 |          |          |          |
|           |              |              |           |          |           | COPE      |     4.62 |          |          |          |
|           |              |              |           |          |           | VOL BENS  |    25.67 |          |          |          |

------------------------------------------------------------------------------------------------------------------

| 157483 ANGHEL, ANTONIA | Hours, |       | 09/11/20 25798699 | A.C.H | 4,335.61 |   | 831.26 |   | 859.54 | 336.67 | 2,536.67 |
| Earnings  | Units    |       Amount | Tax Ded |   Amount |   Taxable | Other Ded |   Amount | Cpy Ded  | Amount | Taxable |
| REGULAR   | 67.00    |     3,689.69 | FEDERAL |   346.88 |  3,583.13 | 403(b)%   |   650.34 | FICA SS  | 262.48 | 4,233.47 |
| WEEKENDF  | 12.00    |         3.60 | FICA SS |   262.48 |  4,233.47 | DENTAL    |    49.63 | FICA HI  |  61.39 | 4,233.47 |
| GTL       |          |       108.14 | FICA HI |    61.39 |  4,233.47 | LIFE      |    45.32 | SUI CA   |        |          |
| SHF2PRD   | 7.00     |        38.55 | STATE CA|   119.26 |  3,583.13 | LTD       |     5.79 | LIFE CMP |   6.07 |          |
| SHF3PRD   | 60.00    |       495.63 | SDICA   |    41.25 |  4,125.33 | AD&D      |     1.40 | LTD CMP  |   6.26 |          |
|           |          |              |         |          |           | SPLIFE    |     2.98 | AD&D CMP |    .46 |          |
|           |          |              |         |          |           | DUE SEIU  |    73.79 |          |        |          |
|           |          |              |         |          |           | COPE      |     4.62 |          |        |          |
|           |          |              |         |          |           | VOL BENS  |    25.67 |          |        |          |

------------------------------------------------------------------------------------------------------------------

| 157483 ANGHEL, ANTONIA | Hours, |       | 09/25/20 25856658 | A.C.H | 4,572.41 |   | 902.38 |   | 900.57 | 354.78 | 2,661.32 |
| Earnings  | Units    |       Amount | Tax Ded |   Amount |   Taxable | Other Ded |   Amount | Cpy Ded  | Amount | Taxable |
| REGULAR   | 60.00    |     3,304.20 | FEDERAL |   384.24 |  3,784.41 | 403(b)%   |   685.86 | FICA SS  | 277.16 | 4,470.27 |
| CONT ED   | 12.00    |       660.84 | FICA SS |   277.16 |  4,470.27 | DENTAL    |    49.63 | FICA HI  |  64.82 | 4,470.27 |
| WEEKENDF  | 12.00    |         3.60 | FICA HI |    64.82 |  4,470.27 | LIFE      |    45.32 | SUI CA   |        |          |
| GTL       |          |       108.14 | STATE CA|   132.54 |  3,784.41 | LTD       |     5.79 | LIFE CMP |   6.07 |          |
| SHF3PRD   | 60.00    |       495.63 | SDICA   |    43.62 |  4,362.13 | AD&D      |     1.40 | LTD CMP  |   6.26 |          |
|           |          |              |         |          |           | SPLIFE    |     2.98 | AD&D CMP |    .47 |          |
|           |          |              |         |          |           | DUE SEIU  |    79.30 |          |        |          |
|           |          |              |         |          |           | COPE      |     4.62 |          |        |          |
|           |          |              |         |          |           | VOL BENS  |    25.67 |          |        |          |

------------------------------------------------------------------------------------------------------------------

| Totals Employee |  157483 | | | | 607,106.24 | | 126,070.79 | | 121,479.72 | 160,874.65 | 349,084.89 |
|           | Hours, Units |       Amount | Tax Ded |   Amount |     Taxable | Other Ded |    Amount | Cpy Ded  |    Amount |    Taxable |
| REGULAR   | 8006.25  |   405,157.54 | FEDERAL |57,409.42 | 500,596.09 | 403(b)%   | 61,429.42 | FICA SS  | 36,683.06 | 591,662.08 |
| PRECEPT   | 43.50    |        43.50 | FICA SS |36,683.06 | 591,662.08 | 403(b)%J  | 29,636.57 | FICA HI  |  8,579.11 | 591,662.08 |
| PTO       | 1470.17  |    74,479.21 | FICA HI | 8,579.11 | 591,662.08 | DENTAL    | 10,171.06 | FUTA     |           |  35,000.00 |
| LT SICK   | 379.06   |    20,362.29 | STATE CA|17,896.88 | 500,596.09 | LIFE      |  4,279.38 | SUI CA   |           |  42,000.00 |
| PTO LC    | 67.50    |     3,528.99 | SDICA   | 5,502.32 | 581,191.24 | LTD       |    766.32 | TRAIN CA |           |  35,000.00 |
| JURY      | 12.00    |       592.63 |         |          |            | AD&D      |    227.42 | 401(a)%A |  2,963.72 |            |
| UNSCHPTO  | 24.00    |     1,295.77 |         |          |            | SPLIFE    |    447.00 | LIFE CMP |    721.48 |            |
| CONT ED   | 100.00   |     5,250.55 |         |          |            | CHLIFE    |     48.00 | LTD CMP  |    825.90 |            |
| ANNTRAIN  | 30.50    |     1,521.21 |         |          |            | DUE SEIU  |  9,937.44 | AD&D CMP |     76.22 |            |
| EDUC      | 6.25     |       313.57 |         |          |            | COPE      |    485.10 | BENCOST  |111,025.16 |            |
| RETRO     |          |        51.83 |         |          |            | VOL BENS  |  3,850.50 |          |           |            |
| RETRO NP  |          |        68.15 |         |          |            | AUXILLRY  |           |          |           |            |
| OVT       | 28.00    |     2,092.31 |         |          |            | EDUC PAY  |    190.00 |          |           |            |
| DT 2.0    | 8.50     |       895.32 |         |          |            | MEALS     |     11.53 |          |           |            |

**Community Hospital of San Bernardino  00122**

Employee Check Stub

```
ZR806 Date 10/13/20                          Employee Check Stub                                Page  142
       Time 11:27            Last-4 8424      Employee:        157483 - ANGHEL, ANTONIA
                                             Payment Type: ACH
```

| | | | | | |
|---|---|---|---|---|---|
| Corporate Address | 0100 | DIGNITY COMMUNITY CARE | - 185 BERRY ST. | SAN FRANCISCO | CA 94107 |
| Service Ctr Address | 110 | DIGNITY HEALTH CORP SERVICES | - 3033 NORTH 3RD AVENUE | PHOENIX | AZ 85013 |
| Facility Address | 373 | COMMUNITY HOSP SAN BERNARDINO | - 1805 MEDICAL CENTER DRIVE | SAN BERNARDINO | CA 92411 |

Payment Date 04/24/20   Payment Number 25216435   Pay Period 04/05/20 - 04/18/20   Gross Pay   4,387.77   Net Pay   2,552.76

------------------------------ Hours and Pay ------------------------------     ---------------- Deductions ----------------

| Pay Sum Group | Payment Description | Rate | Hours | Worked Hours | Current Amount | Process Level | Ded Code | Deduction Description | Paid By | Current Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 100 | REGULAR | 53.9902 | 48.00 | 48.00 | 2591.53 | 373 | D000 | 403(b)% | Empl | 658.17 |
| 307 | WEEKENDF | .3000 | 12.00 | | 3.60 | 373 | TC01 | STATE CA | Empl | 122.19 |
| 355 | SHF3PRD | 8.0985 | 48.00 | | 388.73 | 373 | TC02 | SDICA | Empl | 41.78 |
| 400 | GTL | | | | 108.14 | 373 | TF01 | FEDERAL | Empl | 352.20 |
| 524 | UNSCHPTO | 53.9904 | 24.00 | | 1295.77 | 373 | TF02 | FICA SS | Empl | 265.71 |
| | | | | | | | TF04 | FICA HI | Empl | 62.14 |
| | | | | | | | U100 | DUE SEIU | Empl | 77.74 |
| | | | | | | | U155 | COPE | Empl | 4.62 |
| | | | | | | | W020 | DENTAL | Empl | 49.63 |
| | | | | | | | W030 | LIFE | Empl | 45.32 |
| | | | | | | | W040 | LTD | Empl | 5.79 |
| | | | | | | | W050 | AD&D | Empl | 1.40 |
| | | | | | | | W080 | SPLIFE | Empl | 2.98 |
| | | | | | | | W500 | VOL BENS | Empl | 25.67 |
| | | | | | | | X054 | MEALS | Empl | 11.53 |

Total Worked Hours     48.00     Total Deductions     1726.87

**Community Hospital of San Bernardino  00169**

Employee Check Stub

```
ZR806 Date 10/13/20                          Employee Check Stub                                        Page  143
       Time 11:27                 Last-4 8424 Employee:      157483 - ANGHEL, ANTONIA
                                              Payment Type: ACH

Corporate Address   0100  DIGNITY COMMUNITY CARE      - 185 BERRY ST.            SAN FRANCISCO    CA 94107

Service Ctr Address 110   DIGNITY HEALTH CORP SERVICES - 3033 NORTH 3RD AVENUE   PHOENIX          AZ 85013

Facility Address    373   COMMUNITY HOSP SAN BERNARDINO - 1805 MEDICAL CENTER DRIVE  SAN BERNARDINO  CA 92411

Payment Date 06/26/20  Payment Number 25492086  Pay Period 04/05/20 - 04/18/20  Gross Pay     59.61   Net Pay      45.51
```

```
-------------------------------- Hours and Pay ------------------------------   ---------------- Deductions ----------------
Pay Sum Payment                            Worked   Current Process  Ded  Deduction                      Paid   Current
Group   Description         Rate   Hours   Hours    Amount  Level    Code Description                     By     Amount
------- -----------        ------- -----   ------   ------- -------   ---- ------------                   ----   -------
100     REGULAR            55.0700 48.00   48.00    2643.36  373      D000 403(b)%                         Empl     8.94
100     REGULAR            53.9902 48.00-  48.00-   2591.53- 373      TC01 STATE CA                        Empl
355     SHF3PRD             8.2606 48.00            396.51   373      TC02 SDICA                           Empl      .60
355     SHF3PRD             8.0985 48.00-           388.73-  373      TF01 FEDERAL                         Empl
                                                                     TF02 FICA SS                         Empl     3.69
                                                                     TF04 FICA HI                         Empl      .87

                                                    Total Worked Hours                  Total Deductions         14.10
```

Employee Check Stub

```
ZR806 Date 10/13/20                      Employee Check Stub                              Page  144
       Time 11:27           Last-4 8424   Employee:      157483 - ANGHEL, ANTONIA
                                          Payment Type: ACH

Corporate Address   0100  DIGNITY COMMUNITY CARE        - 185 BERRY ST.              SAN FRANCISCO      CA 94107

Service Ctr Address 110   DIGNITY HEALTH CORP SERVICES  - 3033 NORTH 3RD AVENUE      PHOENIX            AZ 85013

Facility Address    373   COMMUNITY HOSP SAN BERNARDINO - 1805 MEDICAL CENTER DRIVE  SAN BERNARDINO     CA 92411

Payment Date 05/08/20  Payment Number 25274149  Pay Period 04/19/20 - 05/02/20  Gross Pay    2,219.16   Net Pay    1,261.88
```

```
----------------------------- Hours and Pay ---------------------------     ------------- Deductions ---------------
Pay Sum Payment                                   Worked  Current Process   Ded  Deduction                 Paid   Current
Group  Description            Rate      Hours      Hours   Amount  Level    Code Description                By     Amount
------ ------------------     --------- -----      ------  ------- -------   ---- -------------------        ----   -------
400    GTL                                                 108.14   373      D000 403(b)%                    Empl   332.87
504    LT SICK                53.9903   39.10            2111.02    373      TC01 STATE CA                   Empl    25.58
                                                                            TC02 SDICA                      Empl    20.09
                                                                            TF01 FEDERAL                    Empl   131.01
                                                                            TF02 FICA SS                    Empl   131.26
                                                                            TF04 FICA HI                    Empl    30.70
                                                                            U100 DUE SEIU                   Empl    42.22
                                                                            U155 COPE                       Empl     4.62
                                                                            W020 DENTAL                     Empl    49.63
                                                                            W030 LIFE                       Empl    45.32
                                                                            W040 LTD                        Empl     5.79
                                                                            W050 AD&D                       Empl     1.40
                                                                            W080 SPLIFE                     Empl     2.98
                                                                            W500 VOL BENS                   Empl    25.67

                                           Total Worked Hours                      Total Deductions        849.14
```

**Community Hospital of San Bernardino  00171**

Employee Check Stub

```
ZR806 Date 10/13/20                          Employee Check Stub                              Page  145
       Time 11:27              Last-4 8424    Employee:       157483 - ANGHEL, ANTONIA
                                             Payment Type: ACH
```

Corporate Address   0100  DIGNITY COMMUNITY CARE         - 185 BERRY ST.            SAN FRANCISCO    CA 94107

Service Ctr Address 110   DIGNITY HEALTH CORP SERVICES   - 3033 NORTH 3RD AVENUE    PHOENIX          AZ 85013

Facility Address    373   COMMUNITY HOSP SAN BERNARDINO  - 1805 MEDICAL CENTER DRIVE  SAN BERNARDINO  CA 92411

Payment Date 05/15/20  Payment Number 25317489  Pay Period 04/19/20 - 05/02/20  Gross Pay    119.98  Net Pay    62.43

```
----------------------------- Hours and Pay ----------------------------   ---------------- Deductions ----------------
Pay Sum  Payment                        Worked  Current  Process  Ded  Deduction                    Paid   Current
Group    Description       Rate  Hours   Hours  Amount   Level    Code Description                   By     Amount
-------  -----------       ----  -----  ------  -------  -------   ---- -----------                   ----   -------
720      RETRO                                   38.87   373      D000 403(b)%                       Empl    18.00
720      RETRO                                   12.96   373      TC01 STATE CA                       Empl     6.73
721      RETRO NP                                51.84   373      TC02 SDICA                          Empl     1.20
721      RETRO NP                                16.31   373      TF01 FEDERAL                        Empl    22.44
                                                                  TF02 FICA SS                        Empl     7.44
                                                                  TF04 FICA HI                        Empl     1.74

                                         Total Worked Hours              Total Deductions                    57.55
```

**Community Hospital of San Bernardino  00172**

81

Employee Check Stub

```
ZR806 Date 10/13/20                        Employee Check Stub                            Page  146
       Time 11:27              Last-4 8424  Employee:      157483 - ANGHEL, ANTONIA
                                            Payment Type: ACH

Corporate Address    0100  DIGNITY COMMUNITY CARE      - 185 BERRY ST.           SAN FRANCISCO    CA 94107

Service Ctr Address  110   DIGNITY HEALTH CORP SERVICES - 3033 NORTH 3RD AVENUE  PHOENIX          AZ 85013

Facility Address     373   COMMUNITY HOSP SAN BERNARDINO - 1805 MEDICAL CENTER DRIVE  SAN BERNARDINO  CA 92411

Payment Date 05/22/20  Payment Number 25333760  Pay Period 05/03/20 - 05/16/20  Gross Pay   1,812.56   Net Pay    1,008.68

----------------------------- Hours and Pay ----------------------------   ---------------- Deductions ----------------

Pay Sum Payment                                    Worked  Current Process  Ded  Deduction                     Paid  Current
Group   Description              Rate    Hours      Hours   Amount  Level   Code Description                    By    Amount
------- --------------------    ------- -------    ------- ------- -------  ---- -----------------------       ----  -------
 400    GTL                                                 108.14  373     D000 403(b)%                        Empl   271.88
 504    LT SICK                 55.0701  30.95             1704.42  373     TC01 STATE CA                       Empl    17.98
                                                                           TC02 SDICA                          Empl    16.02
                                                                           TF01 FEDERAL                        Empl    89.53
                                                                           TF02 FICA SS                        Empl   106.04
                                                                           TF04 FICA HI                        Empl    24.80
                                                                           U100 DUE SEIU                       Empl    34.08
                                                                           U155 COPE                           Empl     4.62
                                                                           W020 DENTAL                         Empl    49.63
                                                                           W030 LIFE                           Empl    45.32
                                                                           W040 LTD                            Empl     5.79
                                                                           W050 AD&D                           Empl     1.40
                                                                           W080 SPLIFE                         Empl     2.98
                                                                           W500 VOL BENS                       Empl    25.67

                                         Total Worked Hours              Total Deductions        695.74
```

**Community Hospital of San Bernardino  00173**

Employee Check Stub

```
ZR806 Date 10/13/20                           Employee Check Stub                                              Page   147
       Time 11:27              Last-4 8424     Employee:        157483 - ANGHEL, ANTONIA
                                               Payment Type: ACH
```

Corporate Address   0100  DIGNITY COMMUNITY CARE      - 185 BERRY ST.              SAN FRANCISCO   CA 94107

Service Ctr Address 110   DIGNITY HEALTH CORP SERVICES - 3033 NORTH 3RD AVENUE     PHOENIX         AZ 85013

Facility Address    373   COMMUNITY HOSP SAN BERNARDINO - 1805 MEDICAL CENTER DRIVE  SAN BERNARDINO CA 92411

Payment Date 06/05/20  Payment Number 25391894  Pay Period 05/17/20 - 05/30/20  Gross Pay    1,812.56   Net Pay   1,008.67

------------------------------- Hours and Pay ------------------------------    ---------------- Deductions ----------------

| Pay Sum Group | Payment Description | Rate | Hours | Worked Hours | Current Amount | Process Level | Ded Code | Deduction Description | Paid By | Current Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 400 | GTL | | | | 108.14 | 373 | D000 | 403(b)% | Empl | 271.88 |
| 504 | LT SICK | 55.0701 | 30.95 | | 1704.42 | 373 | TC01 | STATE CA | Empl | 17.98 |
| | | | | | | | TC02 | SDICA | Empl | 16.02 |
| | | | | | | | TF01 | FEDERAL | Empl | 89.53 |
| | | | | | | | TF02 | FICA SS | Empl | 106.05 |
| | | | | | | | TF04 | FICA HI | Empl | 24.80 |
| | | | | | | | U100 | DUE SEIU | Empl | 34.08 |
| | | | | | | | U155 | COPE | Empl | 4.62 |
| | | | | | | | W020 | DENTAL | Empl | 49.63 |
| | | | | | | | W030 | LIFE | Empl | 45.32 |
| | | | | | | | W040 | LTD | Empl | 5.79 |
| | | | | | | | W050 | AD&D | Empl | 1.40 |
| | | | | | | | W080 | SPLIFE | Empl | 2.98 |
| | | | | | | | W500 | VOL BENS | Empl | 25.67 |

                                                Total Worked Hours              Total Deductions   695.75

**Community Hospital of San Bernardino  00174**

83

Employee Check Stub

```
ZR806 Date 10/13/20                        Employee Check Stub                                              Page   148
       Time 11:27              Last-4 8424  Employee:        157483 - ANGHEL, ANTONIA
                                            Payment Type: ACH

Corporate Address     0100  DIGNITY COMMUNITY CARE       - 185 BERRY ST.              SAN FRANCISCO    CA 94107

Service Ctr Address 110   DIGNITY HEALTH CORP SERVICES   - 3033 NORTH 3RD AVENUE      PHOENIX          AZ 85013

Facility Address      373   COMMUNITY HOSP SAN BERNARDINO - 1805 MEDICAL CENTER DRIVE SAN BERNARDINO   CA 92411

Payment Date 06/19/20  Payment Number 25450032  Pay Period 05/31/20 - 06/13/20  Gross Pay    1,812.56  Net Pay    1,008.67
```

```
------------------------------ Hours and Pay ------------------------------    ----------------- Deductions -----------------

Pay Sum Payment                                 Worked  Current Process  Ded  Deduction               Paid   Current
Group   Description          Rate   Hours       Hours   Amount  Level    Code Description              By     Amount
------- -----------          ------ -----       ------  ------- -------   ---- -----------             ----   -------
400     GTL                                              108.14 373      D000 403(b)%                  Empl   271.88
504     LT SICK             55.0701 30.95               1704.42 373      TC01 STATE CA                 Empl    17.98
                                                                         TC02 SDICA                    Empl    16.02
                                                                         TF01 FEDERAL                  Empl    89.53
                                                                         TF02 FICA SS                  Empl   106.05
                                                                         TF04 FICA HI                  Empl    24.80
                                                                         U100 DUE SEIU                 Empl    34.08
                                                                         U155 COPE                     Empl     4.62
                                                                         W020 DENTAL                   Empl    49.63
                                                                         W030 LIFE                     Empl    45.32
                                                                         W040 LTD                      Empl     5.79
                                                                         W050 AD&D                     Empl     1.40
                                                                         W080 SPLIFE                   Empl     2.98
                                                                         W500 VOL BENS                 Empl    25.67

                                            Total Worked Hours              Total Deductions   695.75
```

**Community Hospital of San Bernardino  00175**

Employee Check Stub

```
ZR806 Date 10/13/20                          Employee Check Stub                                      Page   149
      Time 11:27                   Last-4 8424 Employee:       157483 - ANGHEL, ANTONIA
                                              Payment Type: ACH

Corporate Address    0100  DIGNITY COMMUNITY CARE       - 185 BERRY ST.             SAN FRANCISCO    CA 94107

Service Ctr Address 110   DIGNITY HEALTH CORP SERVICES - 3033 NORTH 3RD AVENUE     PHOENIX          AZ 85013

Facility Address     373  COMMUNITY HOSP SAN BERNARDINO - 1805 MEDICAL CENTER DRIVE SAN BERNARDINO  CA 92411

Payment Date 07/03/20  Payment Number 25508105  Pay Period 06/14/20 - 06/27/20  Gross Pay    1,812.56   Net Pay    1,008.67
```

| Pay Sum Group | Payment Description | Rate | Hours | Worked Hours | Current Amount | Process Level | Ded Code | Deduction Description | Paid By | Current Amount |
|------|------|------|------|------|------|------|------|------|------|------|
| 400 | GTL | | | | 108.14 | 373 | D000 | 403(b)% | Empl | 271.88 |
| 504 | LT SICK | 55.0701 | 30.95 | | 1704.42 | 373 | TC01 | STATE CA | Empl | 17.98 |
| | | | | | | | TC02 | SDICA | Empl | 16.02 |
| | | | | | | | TF01 | FEDERAL | Empl | 89.53 |
| | | | | | | | TF02 | FICA SS | Empl | 106.05 |
| | | | | | | | TF04 | FICA HI | Empl | 24.80 |
| | | | | | | | U100 | DUE SEIU | Empl | 34.08 |
| | | | | | | | U155 | COPE | Empl | 4.62 |
| | | | | | | | W020 | DENTAL | Empl | 49.63 |
| | | | | | | | W030 | LIFE | Empl | 45.32 |
| | | | | | | | W040 | LTD | Empl | 5.79 |
| | | | | | | | W050 | AD&D | Empl | 1.40 |
| | | | | | | | W080 | SPLIFE | Empl | 2.98 |
| | | | | | | | W500 | VOL BENS | Empl | 25.67 |

```
                                            Total Worked Hours              Total Deductions    695.75
```

Employee Check Stub

```
ZR806 Date 10/13/20                              Employee Check Stub                                    Page  150
      Time 11:27                      Last-4 8424  Employee:       157483 - ANGHEL, ANTONIA
                                                   Payment Type: ACH

Corporate Address    0100  DIGNITY COMMUNITY CARE      - 185 BERRY ST.              SAN FRANCISCO    CA 94107

Service Ctr Address 110   DIGNITY HEALTH CORP SERVICES - 3033 NORTH 3RD AVENUE      PHOENIX          AZ 85013

Facility Address     373  COMMUNITY HOSP SAN BERNARDINO - 1805 MEDICAL CENTER DRIVE SAN BERNARDINO   CA 92411

Payment Date 07/17/20  Payment Number 25567224  Pay Period 06/28/20 - 07/11/20  Gross Pay     1,812.57   Net Pay    1,008.67

----------------------------- Hours and Pay ----------------------------    ---------------- Deductions ----------------
Pay Sum Payment                                     Worked  Current Process  Ded Deduction                   Paid  Current
Group   Description            Rate    Hours        Hours   Amount  Level    Code Description                 By    Amount
-------- -------------------- -------- -------- ---------- -------- -------  ---- ----------------           ----  --------
 400    GTL                                               108.14   373      D000 403(b)%                    Empl   271.89
 500    PTO                   55.0711   4.78             263.24    373      TC01 STATE CA                    Empl    17.98
 504    LT SICK               55.0703  26.17            1441.19   373      TC02 SDICA                       Empl    16.03
                                                                            TF01 FEDERAL                     Empl    89.53
                                                                            TF02 FICA SS                     Empl   106.04
                                                                            TF04 FICA HI                     Empl    24.80
                                                                            U100 DUE SEIU                    Empl    34.08
                                                                            U155 COPE                        Empl     4.62
                                                                            W020 DENTAL                      Empl    49.63
                                                                            W030 LIFE                        Empl    45.32
                                                                            W040 LTD                         Empl     5.79
                                                                            W050 AD&D                        Empl     1.40
                                                                            W080 SPLIFE                      Empl     2.98
                                                                            W500 VOL BENS                    Empl    25.67

                                          Total Worked Hours              Total Deductions       695.76
```

**Community Hospital of San Bernardino  00177**

Employee Check Stub

```
ZR806 Date 10/13/20                        Employee Check Stub                                              Page   151
       Time 11:27              Last-4 8424  Employee:         157483 - ANGHEL, ANTONIA
                                            Payment Type: ACH

Corporate Address    0100  DIGNITY COMMUNITY CARE       - 185 BERRY ST.              SAN FRANCISCO    CA 94107

Service Ctr Address 110    DIGNITY HEALTH CORP SERVICES - 3033 NORTH 3RD AVENUE      PHOENIX          AZ 85013

Facility Address    373    COMMUNITY HOSP SAN BERNARDINO - 1805 MEDICAL CENTER DRIVE SAN BERNARDINO  CA 92411

Payment Date 07/31/20  Payment Number 25625112  Pay Period 07/12/20 - 07/25/20  Gross Pay    1,812.56   Net Pay    1,008.67
```

```
------------------------------ Hours and Pay ------------------------------   ----------------- Deductions -----------------

Pay Sum Payment                              Worked  Current Process  Ded  Deduction                      Paid   Current
Group   Description        Rate     Hours    Hours   Amount  Level    Code Description                    By     Amount
------- -----------        ----     -----    ------  ------- -------   ---- -----------                    ----   -------
400     GTL                                          108.14  373      D000 403(b)%                         Empl    271.88
500     PTO              55.0701    30.95            1704.42 373      TC01 STATE CA                        Empl     17.98
                                                                     TC02 SDICA                           Empl     16.02
                                                                     TF01 FEDERAL                         Empl     89.53
                                                                     TF02 FICA SS                         Empl    106.05
                                                                     TF04 FICA HI                         Empl     24.80
                                                                     U100 DUE SEIU                        Empl     34.08
                                                                     U155 COPE                            Empl      4.62
                                                                     W020 DENTAL                          Empl     49.63
                                                                     W030 LIFE                            Empl     45.32
                                                                     W040 LTD                             Empl      5.79
                                                                     W050 AD&D                            Empl      1.40
                                                                     W080 SPLIFE                          Empl      2.98
                                                                     W500 VOL BENS                        Empl     25.67

                                       Total Worked Hours              Total Deductions     695.75
```

**Community Hospital of San Bernardino  00178**

Employee Check Stub

```
ZR806 Date 10/13/20                    Employee Check Stub                                    Page  152
       Time 11:27            Last-4 8424  Employee:       157483 - ANGHEL, ANTONIA
                                          Payment Type: ACH

Corporate Address    0100  DIGNITY COMMUNITY CARE        - 185 BERRY ST.              SAN FRANCISCO    CA 94107

Service Ctr Address 110   DIGNITY HEALTH CORP SERVICES   - 3033 NORTH 3RD AVENUE      PHOENIX          AZ 85013

Facility Address     373  COMMUNITY HOSP SAN BERNARDINO  - 1805 MEDICAL CENTER DRIVE  SAN BERNARDINO   CA 92411

Payment Date 08/14/20  Payment Number 25682847  Pay Period 07/26/20 - 08/08/20  Gross Pay    1,812.56   Net Pay   1,008.67
```

| Pay Sum Group | Payment Description | Rate | Hours | Worked Hours | Current Amount | Process Level | Ded Code | Deduction Description | Paid By | Current Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 400 | GTL | | | | 108.14 | 373 | D000 | 403(b)% | Empl | 271.88 |
| 500 | PTO | 55.0701 | 30.95 | | 1704.42 | 373 | TC01 | STATE CA | Empl | 17.98 |
| | | | | | | | TC02 | SDICA | Empl | 16.02 |
| | | | | | | | TF01 | FEDERAL | Empl | 89.53 |
| | | | | | | | TF02 | FICA SS | Empl | 106.05 |
| | | | | | | | TF04 | FICA HI | Empl | 24.80 |
| | | | | | | | U100 | DUE SEIU | Empl | 34.08 |
| | | | | | | | U155 | COPE | Empl | 4.62 |
| | | | | | | | W020 | DENTAL | Empl | 49.63 |
| | | | | | | | W030 | LIFE | Empl | 45.32 |
| | | | | | | | W040 | LTD | Empl | 5.79 |
| | | | | | | | W050 | AD&D | Empl | 1.40 |
| | | | | | | | W080 | SPLIFE | Empl | 2.98 |
| | | | | | | | W500 | VOL BENS | Empl | 25.67 |

```
                                      Total Worked Hours            Total Deductions   695.75
```

Employee Check Stub

```
ZR806 Date 10/13/20                    Employee Check Stub                                        Page   153
       Time 11:27              Last-4 8424  Employee:      157483 - ANGHEL, ANTONIA
                                            Payment Type: ACH

Corporate Address    0100  DIGNITY COMMUNITY CARE      - 185 BERRY ST.          SAN FRANCISCO    CA 94107

Service Ctr Address 110    DIGNITY HEALTH CORP SERVICES - 3033 NORTH 3RD AVENUE  PHOENIX         AZ 85013

Facility Address     373   COMMUNITY HOSP SAN BERNARDINO - 1805 MEDICAL CENTER DRIVE  SAN BERNARDINO  CA 92411

Payment Date 08/28/20  Payment Number 25740711  Pay Period 08/09/20 - 08/22/20  Gross Pay    2,296.63   Net Pay    1,310.15
----------------------------- Hours and Pay ----------------------------   ---------------- Deductions ----------------
```

| Pay Sum Group | Payment Description | Rate | Hours | Worked Hours | Current Amount | Process Level | Ded Code | Deduction Description | Paid By | Current Amount |
|------|------------|---------|-------|-------|---------|-----|------|-----------|------|--------|
| 400 | GTL | | | | 108.14 | 373 | D000 | 403(b)% | Empl | 344.49 |
| 500 | PTO | 55.0701 | 38.49 | | 2119.65 | 373 | TC01 | STATE CA | Empl | 27.03 |
| 603 | ANNTRAIN | 55.0720 | 1.25 | 1.25 | 68.84 | 373 | TC02 | SDICA | Empl | 20.87 |
| | | | | | | | TF01 | FEDERAL | Empl | 138.91 |
| | | | | | | | TF02 | FICA SS | Empl | 136.05 |
| | | | | | | | TF04 | FICA HI | Empl | 31.82 |
| | | | | | | | U100 | DUE SEIU | Empl | 43.76 |
| | | | | | | | U155 | COPE | Empl | 4.62 |
| | | | | | | | W020 | DENTAL | Empl | 49.63 |
| | | | | | | | W030 | LIFE | Empl | 45.32 |
| | | | | | | | W040 | LTD | Empl | 5.79 |
| | | | | | | | W050 | AD&D | Empl | 1.40 |
| | | | | | | | W080 | SPLIFE | Empl | 2.98 |
| | | | | | | | W500 | VOL BENS | Empl | 25.67 |

```
                              Total Worked Hours     1.25     Total Deductions       878.34
```

**Community Hospital of San Bernardino  00180**

# EXHIBIT "G"

1  **THE HAHN LEGAL GROUP**^APC^
   ADRIENNE R. HAHN, SBN 136569
2  ahahn@hahnlegalgroup.com
   ADAM C. ZAMOST, SBN 305655
3  azamost@hahnlegalgroup.com
   2361 Rosecrans Avenue, Suite 373
4  El Segundo, California 90245
   T:(310)706-3400/F:(310)706-3440
5

6  Attorneys for Defendant
   TARGET CORPORATION
7

8              UNITED STATES DISTRICT COURT

9       CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10

11 ANTONIA ANGHEL                  CASE NO: 5:20-cv-02671

12              Plaintiff,          The Hon.
                                    Magistrate Judge:
13     vs.
                                    **DECLARATION OF ADRIENNE R.**
14 TARGET CORPORATION and           **HAHN**
   DOES 1 TO 50, Inclusive.
15
                Defendants.
16

17

18

19 I, ADRIENNE R. HAHN, certify and declare as follows:

20     1.    I am an attorney duly licensed to practice law in the State of

21 California and before this Honorable Court.  I am a Partner at The Hahn Legal

22 Group^APC^, counsel of record for Defendant TARGET CORPORATION.

23     2.    My business address is 2361 Rosecrans Avenue, Suite 373, El

24 Segundo, California 90245, which is located in the city, county and state where the

25 mailing described below took place.

26     3.    I have personal knowledge of the following facts and would and could

27 testify to them if called upon to do so, with the exception of those matters stated on

28

THE HAHN LEGAL GROUP APC
2361 Rosecrans Avenue, Suite 373
El Segundo, California 90245
Phone: (310) 706-3400 | Fax: (310) 706-3440

information and belief, and as to those matters I believe them to be true.

4. Plaintiff ANTONIA ANGHEL ("Plaintiff") resides in California. A true and correct copy of the conformed Complaint, which was filed in the Superior Court of California, County of San Bernardino, is attached as Exhibit "A" to TARGET CORPORATION'S Notice of Removal of Action.

5. Defendant TARGET CORPORATION ("Defendant") is a Minnesota corporation with its principal place of business in Minnesota. A true and correct copy of the Statement of Information for Defendant filed with the Secretary of State is attached hereto as **Exhibit "1."**

6. Target received a copy of the Summons and Complaint after it was served on Target's California agent for service of process on February 7, 2020.

7. On March 6, 2020, Target filed its Answer to Plaintiff's Complaint. A true and correct copy of the Answer is attached hereto as **Exhibit "2."**

8. Plaintiff served a Statement of Damages on April 22, 2022, that outlined past damages totaling only $34,195.46.  While Plaintiff alleged damages for future medical expenses, future loss of earnings, and loss of earning capacity according to proof, the stated damages at that time did not meet the amount in controversy requirement for removal to federal court.

9. Plaintiff initially responded to Target's Form Interrogatories on April 22, 2020.  Her responses to Form Interrogatories Nos. 6.4 and 6.5 (related to treatment received and medication prescribed attributed to the subject incident) indicated medical special damages of $14,330.63. Her response to Form Interrogatory No. 8.7 indicated loss of income of $21,482.46, and her response to Form Interrogatory No. 8.8 indicated that she would miss work in the future as she was scheduled to have surgery.

10. Plaintiff has since supplemented her responses to Plaintiff's Form Interrogatories Nos. 6.4 and 6.5 several times, including on April 29, 2020, May

28, 2020, June 17, 2020, November 18, 2020, and December 1, 2020. Factoring in the supplemented information, as of December 1, 2020 Plaintiff's total claimed medical special damages were $34,973.17. These responses also indicated Plaintiff underwent surgery on April 16, 2020.

11. On December 4, my office received, in response to our subpoena, records from Community Hospital of San Bernardino related to Plaintiff's employment therewith. The records indicated Plaintiff took time off work from April 15, 2020, through August 20, 2020, or approximately 18 weeks of missed work related to her April 16, 2020 surgery. Using the calculation Plaintiff utilized in her response to Form Interrogatory No. 8.7, Plaintiff's claimed loss of earnings should be increased by approximately $33,624.72 ($51.89 per hour x 36 hours per week x 18 weeks), to total $55,107.18 ($21,482.46 + $33,624.72).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration is executed on December 30, 2020, at El Segundo, California.

_____

ADRIENNE R. HAHN, Declarant

THE HAHN LEGAL GROUP, APC
2361 Rosecrans Avenue, Suite 373
El Segundo, California 90245
Phone: (310) 706-3400 | Fax: (310) 706-3440

DECLARATION OF ADRIENNE R.
HAHN Case No. 5:20-cv-02671

# EXHIBIT "1"



F

# State of California
## Secretary of State

### Statement of Information
**(Foreign Corporation)**
**FEES (Filing and Disclosure): $25.00.**
**If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1. **CORPORATE NAME**

2. **CALIFORNIA CORPORATE NUMBER**

This Space for Filing Use Only

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address.  See instructions.)

3. **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 13.**

**Complete Addresses for the Following** (Do not abbreviate the name of the city.  Items 4 and 5 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | |
| 6. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 4 | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/ | | | | |
| 8. SECRETARY | | | | |
| 9. CHIEF FINANCIAL OFFICER/ | | | | |

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 11 must be left blank.

10. NAME OF AGENT FOR SERVICE OF PROCESS

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 11. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | | | |

**Type of Business**

12. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |
|---|---|---|---|

SI-350 (REV 01/2013)                                          APPROVED BY SECRETARY OF STATE

# EXHIBIT "2"

| CASE ATTACHMENT COVER PAGE | (ENDORSED) **ELECTRONICALLY FILED** |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO<br><br>STREET ADDRESS: **247 West Third Street**<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: **San Bernardino, CA 92415**<br>BRANCH NAME: **San Bernardino Justice Center**<br>WEBSITE: **http://www.sb-court.org** | BY SUPERIOR COURT OF CALIFORNIA, COUNTY OF **San Bernardino** on **Mar 6, 2020**<br>*CLERK OF THE SUPERIOR COURT*<br>*Deputy Clerk:  Jacqueline Harness* |
| ATTACHMENT NAME:  **Answer: Answer to Complaint** | |
| CASE NAME: **ANTONIA ANGHEL vs. TARGET CORPORATION** | CASE NUMBER:<br>CIVDS2003337 |
| Please log on to www.TurboCourt.com regularly for updates | |

**Please staple this to your original attachment**

http://turbocourt.com/

1

**THE HAHN LEGAL GROUP<sup>APC</sup>**

2

ADRIENNE R. HAHN, SBN 136569
ahahn@hahnlegalgroup.com

3

ADAM C. ZAMOST, SBN 305655
azamost@hahnlegalgroup.com

4

2361 Rosecrans Avenue, Suite 373
El Segundo, California 90245

5

T:(310)706-3400/F:(310)706-3440

6

Attorneys for Defendant

7

TARGET CORPORATION

8

SUPERIOR COURT OF THE STATE OF THE CALIFORNIA

9

COUNTY OF SAN BERNARDINO – SAN BERNARDINO DISTRICT

10

11

ANTONIA ANGHEL

12

Plaintiff,

13

vs.

14

TARGET CORPORATION and DOES 1
TO 50, Inclusive.

15

16

Defendants.

| |
|---|
| CASE NO: CIVDS2003337 |
| Complaint Filed: 01/31/2020 |
| Hon. Lynn Poncin, Dept. "S28" |
| |
| **TARGET CORPORATION'S ANSWER TO COMPLAINT AND DEMAND FOR JURY TRIAL** |

17

18

TO: THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

19

COMES NOW Defendant TARGET CORPORATION ("Defendant") responds to

20

Plaintiff ANTONIA ANGHEL's ("Plaintiff") Complaint as follows:

21

**GENERAL DENIAL**

22

1.      Under the provisions of § 431.30 of the California Code of Civil Procedure, this

23

answering Defendant denies all and each of the allegations in the Complaint and denies that

24

Plaintiff has suffered damages in the sum/s alleged or in any other sums, or at all. Further

25

answering the Complaint and the whole thereof, this answering Defendant denies that Plaintiff

26

has sustained damages or loss by reason of any act or omission on the part of this answering

27

Defendant.

28

TARGET CORPORATION'S ANSWER TO COMPLAINT AND DEMAND FOR JURY TRIAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

THE HAHN LEGAL GROUP APC
2361 Rosecrans Avenue, Suite 373
El Segundo, California 90245
Phone: (310) 706-3400 | Fax: (310) 706-3440

**FIRST AFFIRMATIVE DEFENSE**

**(Failure to State a Claim)**

2.      Defendant alleges that the Complaint and each and every cause of action stated therein fails to state a cause of action against this answering Defendant.

**SECOND AFFIRMATIVE DEFENSE**

**(Comparative Liability of Plaintiff)**

3.      Defendant alleges that the damages of which Plaintiff complains, if any there be, were directly and proximately caused and contributed to by the negligence of Plaintiff, thereby barring or reducing Plaintiff's recovery herein in accordance with the provisions of applicable law.

**THIRD AFFIRMATIVE DEFENSE**

**(Comparative Liability of Third Party)**

4.      Defendant alleges that the damages of which Plaintiff complains, if any there be, were directly and proximately caused and contributed to by the negligence of Plaintiff and/or other persons or entities, thereby barring or reducing Plaintiff's recovery herein in accordance with the provisions of comparative negligence and other applicable law.

**FOURTH AFFIRMATIVE DEFENSE**

**(Assumption of Risk)**

5.      Defendant alleges that the damages of which Plaintiff complains, if any there be, were directly and proximately caused and contributed to by a risk which Plaintiff knew the hazards of confronting and of which Plaintiff has full knowledge and appreciated the magnitude, but nevertheless voluntarily assumed, and Plaintiff is barred from recovery or Plaintiff's recovery is reduced thereby.

**FIFTH AFFIRMATIVE DEFENSE**

**(Unreasonable Actions)**

6.      Defendant is informed and believes that the unauthorized and/or unreasonable actions of Plaintiff and/or other persons or entities resulted in the damages set forth in the

TARGET CORPORATION'S ANSWER TO COMPLAINT AND DEMAND FOR JURY TRIAL
2

**THE HAHN LEGAL GROUP** APC
2361 Rosecrans Avenue, Suite 373
El Segundo, California 90245
Phone: (310) 706-3400 | Fax: (310) 706-3440

Complaint, if any there be.

## SIXTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

7.      On information and belief, it is alleged that Plaintiff failed to mitigate the damages, if any, which Plaintiff has sustained, and has failed to exercise reasonable care to avoid the consequences of harm, if any, in that, among other things, Plaintiff has failed to use reasonable diligence in caring for any damages or property damage; failed use reasonable means to prevent aggravation of any damages or property damage; failed to take reasonable precautions to reduce any damages or property damage; failed to make reasonable expenditures which could have prevented the losses alleged; and has otherwise failed to prevent the existence or extent of damages as claimed.

## SEVENTH AFFIRMATIVE DEFENSE

### (Open and Obvious)

8.      The dangerous condition alleged by the Plaintiff in the Complaint was "open and obvious."

## EIGHTH AFFIRMATIVE DEFENSE

### (Comparative Fault)

9.      Any and all events and happenings in connection with the allegations contained in the Complaint, and any resulting injuries and damages, were proximately caused and contributed to by the negligence of others; and that this Defendant's respective liability to Plaintiff, if any, is proportionate only to its respective degree of negligence in comparison to all other responsible entities, as determined by the trier of fact pursuant to "Proposition 51" and other law.

## NINTH AFFIRMATIVE DEFENSE

### (Independent and Superseding Action)

10.      Defendant alleges that the damages, if any, which Plaintiff has sustained, were caused by the intervening acts of third parties, whether intentional or negligent, that was not reasonably foreseeable to Defendant, which acts constitute a superseding cause that's bars or

reduces Plaintiff's recovery thereby.

### TENTH AFFIRMATIVE DEFENSE

### (Waiver)

11.     Defendant alleges that recovery under Plaintiff's causes of action, and all of them, is barred or limited by the doctrine of waiver.

### ELEVENTH AFFIRMATIVE DEFENSE

### (Plaintiff's Failure to Exercise Reasonable Care)

12.     Defendant alleges that Plaintiff failed to exercise reasonable and ordinary care, caution, or prudence for her own safety in order to avoid the alleged accident. The resulting injuries and damages, if any, sustained by Plaintiff was proximately caused and contributed to by the negligence of Plaintiff, in that among other things, to the extent there was a hazard or dangerous condition, if any, said alleged hazard or dangerous condition was caused by an act or omission of Plaintiff.

### TWELFTH AFFIRMATIVE DEFENSE

### (No Notice)

13.     Defendant alleges that it, including its agents, officers and/or employees, had no notice of the existence of any hazardous condition that allegedly existed at the time of the alleged incident, and even if such notice existed, that Defendant has no reasonable opportunity to remedy the alleged hazard, and that Plaintiff is therefore not entitled to recover in this action.

### THIRTEENTH AFFIRMATIVE DEFENSE

### (Absence of Damages)

14.     Defendant alleges that Plaintiff has suffered no damages as a result of any act of omission alleged in the Complaint, and that Plaintiff is entitled to no recovery thereby, and that Defendant is entitled to judgment in Defendant's favor to the extent that the existence of damages is a necessary element of Plaintiff's causes of action alleged against this answering Defendant.

/ / /

THE HAHN LEGAL GROUP APC
2361 Rosecrans Avenue, Suite 373
El Segundo, California 90245
Phone: (310) 706-3400 | Fax: (310) 706-3440

TARGET CORPORATION'S ANSWER TO COMPLAINT AND DEMAND FOR JURY TRIAL

4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

THE HAHN LEGAL GROUP APC
2361 Rosecrans Avenue, Suite 373
El Segundo, California 90245
Phone: (310) 706-3400 | Fax: (310) 706-3440

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

15.     Defendant alleges that recovery under Plaintiff's causes of action, and all of them, is barred or limited by the doctrine of unclean hands.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Estoppel)

16.     Defendant alleges that recovery under Plaintiff's causes of action, and all of them, is barred or limited by the doctrine of estoppel.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Laches)

17.     Defendant alleges that recovery under Plaintiff's causes of action, and all of them, is barred or limited under the doctrine of laches.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Speculative and Uncertain)

18.     Defendant alleges that recovery under Plaintiff's causes of action, and all of them, is barred or limited because any damages alleged herein are speculative and uncertain.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (Apportionment)

19.     Defendant alleges that if Defendant is found to be at fault in this action, which Defendant denies, then the conduct, liability and/or fault of Plaintiff and/or others, whether named or unnamed, known or unknown, must be compared to determine the degree of fault, if any, among said parties, and the alleged damages sustained by Plaintiff apportioned among them, and that any damages award as to Defendant must be reduced or barred accordingly.

## NINETEENTH AFFIRMATIVE DEFENSE

### (Civil Code § 1431 *et. seq.* Comparative Fault)

20.     The liability, if any, of this answering Defendant is limited by the provisions of Civil Code §§ 1431 through 1431.5, inclusive.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

THE HAHN LEGAL GROUP APC
2361 Rosecrans Avenue, Suite 373
El Segundo, California 90245
Phone: (310) 706-3400 | Fax: (310) 706-3440

### TWENTIETH AFFIRMATIVE DEFENSE

#### (Actual Knowledge)

21.     Defendant alleges that Plaintiff had actual knowledge of the true facts surrounding the subject incident herein sufficient to have acted to protect her interests. Any damage resulting to Plaintiff as a result of the subject incident is the result of Plaintiff failure to protect her interests despite this knowledge, if any damage there be.

### TWENTY-FIRST AFFIRMATIVE DEFENSE

#### (Reasonable Precautionary Measures)

22.     This answering Defendant took reasonable precautionary measures to protect against the risk of injury or damage allegedly created by condition of property referred to in Plaintiff Complaint at the time and place of the alleged incident which is the subject of this action.

### TWENTY-SECOND AFFIRMATIVE DEFENSE

#### (Reasonable Diligence)

23.     Any and all duties imposed on this answering Defendant, the failure of which allegedly created the condition at the time and place which is the subject of this Complaint, were exercised with reasonable diligence, and therefore, this answering Defendant is not liable to Plaintiff or the alleged injuries.

### TWENTY-THIRD AFFIRMATIVE DEFENSE

#### (Alterations of Condition)

24.     If, in fact, any untoward, unsafe, or defective condition existed as mentioned in the Complaint, which this Defendant denies, this Defendant is informed and believes that said untoward condition was caused and contributed to by the actions or inactions of the Plaintiff and/or third parties, in that said persons or entities changed and altered said condition, thereby barring Plaintiff right to recovery against this Defendant.

/ / /

/ / /

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

THE HAHN LEGAL GROUP ᴬᴾᶜ
2361 Rosecrans Avenue, Suite 373
El Segundo, California 90245
Phone: (310) 706-3400 | Fax: (310) 706-3440

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

### (Adequate Warning)

25.     Plaintiff was adequately warned of any conditions that allegedly existed at the time of the subject incident.

### RESERVATION OF ADDITIONAL AFFIRMATIVE DEFENSES

26.     Defendant alleges that it may have additional affirmative defenses available to it of which it is not now fully aware.  Defendant reserves the right to assert additional affirmative defenses after the same have been ascertained.

WHEREFORE, this answering Defendant prays that Plaintiff take nothing by way of her Complaint, that this answering Defendant be awarded judgment herein, that this answering Defendant further be awarded its costs of suit incurred herein, and further, be awarded such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Defendant herein hereby demands a jury trial.

WHEREFORE, this answering Defendant prays as follows:

1.     That Plaintiff herein takes nothing by the Complaint on file herein;

2.     That this answering Defendant has judgment for its costs of suit incurred herein; and

3.     For such other and further relief as the Court may deem just and proper.

DATED: March 6, 2020                 THE HAHN LEGAL GROUPᴬᴾᶜ

By: _____
ADRIENNE R. HAHN,
Attorneys for Defendant
TARGET CORPORATION

**PROOF OF SERVICE**

I am over the age of 18 and am not a party to this action or cause.  I am a resident of or employed in the County of Los Angeles.  My business address is 2361 Rosecrans Avenue, Suite 373, El Segundo, California 90245.

On March 6, 2020, I served a copy of the following documents:

**TARGET CORPORATION'S ANSWER TO COMPLAINT AND DEMAND FOR JURY TRIAL**

by enclosing them in an envelope and

(     )     [U.S. MAIL] depositing the sealed envelope with the United States Postal Service, with the postage fully prepaid on the date and at the city and state shown below, or

( X )     placing the sealed envelope for collection and mailing on the date and at the place shown below, following our ordinary business practices.  I am readily familiar with this business' practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid, or

(     )     [EXPRESS MAIL] depositing the sealed envelope in a post office, mailbox, subpost, office, substation, mail chute or other like facility regularly maintained by the United States Postal Service for receipt of Express Mail, together with an unsigned copy of this declaration, with Express Mail postage fully prepaid, or

(     )     [EXPRESS SERVICE CARRIER]   depositing the sealed envelope in a box, substation, or other facility regularly maintained by ( ) FEDERAL EXPRESS, ( ) UPS, ( ) DHL, an express service carrier, or delivering to a courier or driver authorized by said express service carrier to receive documents; or

(     )     [FACSIMILE]    by transmitting the aforementioned documents via facsimile from a facsimile transmission device at phone number (310) 706-3440, with an unsigned copy of this declaration, to the recipient(s) set forth below at the phone numbers noted therein.  The foregoing facsimile transmission was reported as complete without error by a transmission report issued by the device upon which the said transmission was made immediately following the transmission.  A true and correct copy of the said transmission report is attached hereto; or

(     )     [PERSONAL SERVICE] causing such envelope to be delivered by hand to the recipient(s) identified below, at the address(es) set forth therein.

(     )     [ELECTRONIC MAIL] by transmitting the aforementioned documents via electronic mail as an attachment from my business email address to a known email address for the recipient set forth below.

The foregoing envelope was addressed and mailed to the address(es) below, or delivered by hand at the address(es) below if personally served, or the documents were transmitted via facsimile machine to:

( X )     and to additional parties and/or counsel listed in the attached service list.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 6, 2020, in El Segundo, California.

_____
BRANDI ROSALES

THE HAHN LEGAL GROUP, APC
2361 Rosecrans Avenue, Suite 373
El Segundo, California 90245
Phone: (310) 706-3400 | Fax: (310) 706-3440

**PROOF OF SERVICE**

## SERVICE LIST

Mr. Carl D. Barnes
Mr. Andrew J. Fodo
L/O CARL D. BARNES
2500 E. Colorado Blvd., Suite 350
Pasadena, CA 91107
T: (213)487-5200/F: (213)487-0801
Attorneys for Plaintiff **ANTONIA ANGHEL**

# EXHIBIT "H"

1  **THE HAHN LEGAL GROUP**[APC]
   ADRIENNE R. HAHN, SBN 136569
2  ahahn@hahnlegalgroup.com
   ADAM C. ZAMOST, SBN 305655
3  azamost@hahnlegalgroup.com
   2361 Rosecrans Avenue, Suite 373
4  El Segundo, California 90245
   T:(310)706-3400/F:(310)706-3440
5

6  Attorneys for Defendant
   TARGET CORPORATION
7

8              SUPERIOR COURT OF THE STATE OF THE CALIFORNIA

9          COUNTY OF SAN BERNARDINO – SAN BERNARDINO DISTRICT

10

11 ANTONIA ANGHEL                        CASE NO: CIVDS2003337
                                         Complaint Filed: 01/31/2020
12             Plaintiff,                Hon. Lynn Poncin, Dept. "S28"

13       vs.

14 TARGET CORPORATION and DOES 1         **NOTICE OF REMOVAL TO FEDERAL
   TO 50, Inclusive.                     COURT**
15

16             Defendants.               Trial: 06/28/2021

17

18 TO: THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

19       PLEASE  TAKE  NOTICE  that  on  December  30,  2020,  Defendant  TARGET

20 CORPORATION  filed  a  Notice  of  Removal  to  Federal  Court.    Attached  hereto  are  the

21 documents filed in the United States District Court, Central District, Eastern Division:

22       Exhibit A:          NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C.

23                           §1441(A) AND (B) [DIVERSITY OF CITIZENSHIP

24                           JURISDICTION]

25       Exhibit B:          CIVIL COVER SHEET, SUPPLEMENTAL CIVIL COVER

26                           SHEET;

27 / / /

28

_____
                 NOTICE OF REMOVAL TO FEDERAL COURT

108

Exhibit C:        CERTIFICATION AND NOTICE OF INTERESTED PARTIES;
                  and

Exhibit D:        NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL
                  COURT.

DATED: December 30, 2020         THE HAHN LEGAL GROUP^APC

                          By:    _Adrienne R. Hahn_
                                 _____
                                 ADRIENNE R. HAHN,
                                 Attorneys for Defendant
                                 TARGET CORPORATION

THE HAHN LEGAL GROUP ^APC
2361 Rosecrans Avenue, Suite 373
El Segundo, California 90245
Phone: (310) 706-3400 | Fax: (310) 706-3440

**THE HAHN LEGAL GROUP<sup>APC</sup>**
2361 Rosecrans Avenue, Suite 373
El Segundo, California 90245
Phone: (310) 706-3440 | Fax: (310) 706-3440

1

## PROOF OF SERVICE

2

I am over the age of 18 and am not a party to this action or cause.  I am a resident of or employed in the County of Los Angeles.  My business address is 2361 Rosecrans Avenue, Suite 373, El Segundo, California 90245.

3

On December 30, 2020, I served a copy of the following documents:

4

## NOTICE OF REMOVAL TO FEDERAL COURT

5

by enclosing them in an envelope and

6

(   )   [U.S. MAIL] depositing the sealed envelope with the United States Postal Service, with the postage fully prepaid on the date and at the city and state shown below, or

7

8

(   )   placing the sealed envelope for collection and mailing on the date and at the place shown below, following our ordinary business practices.  I am readily familiar with this business' practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid, or

9

10

(   )   [EXPRESS MAIL] depositing the sealed envelope in a post office, mailbox, subpost, office, substation, mail chute or other like facility regularly maintained by the United States Postal Service for receipt of Express Mail, together with an unsigned copy of this declaration, with Express Mail postage fully prepaid, or

11

12

(   )   [EXPRESS SERVICE CARRIER]  depositing the sealed envelope in a box, substation, or other facility regularly maintained by (   ) FEDERAL EXPRESS, (   ) UPS, (   ) DHL, an express service carrier, or delivering to a courier or driver authorized by said express service carrier to receive documents; or

13

14

(   )   [FACSIMILE]  by transmitting the aforementioned documents via facsimile from a facsimile transmission device at phone number (310) 706-3440, with an unsigned copy of this declaration, to the recipient(s) set forth below at the phone numbers noted therein.  The foregoing facsimile transmission was reported as complete without error by a transmission report issued by the device upon which the said transmission was made immediately following the transmission.  A true and correct copy of the said transmission report is attached hereto; or

15

16

17

(   )   [PERSONAL SERVICE] causing such envelope to be delivered by hand to the recipient(s) identified below, at the address(es) set forth therein.

18

(  X  )   [ELECTRONIC MAIL] by transmitting the aforementioned documents via electronic mail as an attachment from my business email address to a known email address for the recipient set forth below.

19

20

The foregoing envelope was addressed and mailed to the address(es) below, or delivered by hand at the address(es) below if personally served, or the documents were transmitted via facsimile machine to:

21

22

(  X  )   and to additional parties and/or counsel listed in the attached service list.

23

24

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

25

Executed on December 30, 2020, in El Segundo, California.

26

*Brandi Rosales*

27

_____
BRANDI ROSALES

28

## PROOF OF SERVICE

**SERVICE LIST**

Mr. Carl D. Barnes
Mr. Andrew J. Fodo
L/O CARL D. BARNES
2500 E. Colorado Blvd., Suite 350
Pasadena, CA 91107
T: (213)487-5200/F: (213)487-0801
E-Mail: carldbarnes@mindspring.com
Attorneys for Plaintiff **ANTONIA ANGHEL**

---

**PROOF OF SERVICE**

**THE HAHN LEGAL GROUP<sup>APC</sup>**
ADRIENNE R. HAHN, SBN 136569
ahahn@hahnlegalgroup.com
ADAM C. ZAMOST, SBN 305655
azamost@hahnlegalgroup.com
2361 Rosecrans Avenue, Suite 373
El Segundo, California 90245
T:(310)706-3400/F:(310)706-3440

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ANTONIA ANGHEL | CASE NO: 5:20-cv-02671 |
| Plaintiff, | |
| vs. | District Judge: |
| | Magistrate Judge: |
| TARGET CORPORATION and DOES 1 TO 50, Inclusive. | **CERTIFICATE OF SERVICE** **[Pursuant to L.R.5-3.2.1]** |
| Defendants. | |

I, Brandi Rosales, certify and declare as follows:

I am over the age of 18 years and not a party to this action.

My business address is 2361 Rosecrans Avenue, Suite 373, El Segundo, California 90245, which is located in the city, county and state where the mailing described below took place.

On December 30, 2020, I electronically filed and electronically served the following document pursuant to Local Rule, Rule 5-3.2.1: **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(A) AND (B) [DIVERSITY OF CITIZENSHIP JURISDICTION]; 28 U.S.C §1446; 28 U.S.C. §1332.**

1

Said document was served upon the following parties, via electronic email I sent to the following addressees, through their attorneys of record, as follows:

| | |
|---|---|
| Mr. Carl D. Barnes<br>Mr. Andrew J. Fodo<br>L/O CARL D. BARNES<br>2500 E. Colorado Blvd., Suite 350<br>Pasadena, CA 91107<br>T: (213)487-5200/F: (213)487-0801<br>E-Mail: carldbarnes@mindspring.com<br>Attorneys for Plaintiff **ANTONIA ANGHEL** | |

Further, pursuant to Local Rule, Rule 5-3.2.1," *Service*. Upon the electronic filing of a document, a "Notice of Electronic Filing" ("NEF") will be automatically generated by the CM/ECF System and sent by e-mail to: (1) all attorneys who have appeared in the case in this Court and who have consented to receive service through the CM/ECF System, and (2) all *pro se* parties who have been granted leave to file documents electronically in the case pursuant to L.R. 5-4.1.1 or who have appeared in the case and are registered to receive service through the CM/ECF System pursuant to L.R. 5-3.2.2. Unless service is governed by F.R.Civ.P. 4 or L.R. 79-5.3, service with this electronic NEF will constitute service pursuant to the Federal Rules of Civil and Criminal Procedure, and the NEF itself will constitute proof of service for individuals so served.

I declare and certify under penalty of perjury that the foregoing is true and correct.  Executed on December 30, 2020, at El Segundo, California.

By:   *Brandi Rosales*
        Brandi Rosales

THE HAHN LEGAL GROUP^PC<br>2361 Rosecrans Avenue, Suite 373<br>El Segundo, California 90245<br>Phone: (310) 706-3400 | Fax: (310) 706-3440

2